



**200 Lake Drive East, Suite 300 · Cherry Hill, NJ 08002**
*(856) 414-6000 · Fax (856) 414-6077 Richard L. Goldstein, Resident Managing Attorney*

**Direct Dial: 856-414-6306**
**Email: rjmichuad@mdwcg.com**

July 9, 2010

<u>**VIA NEW JERSEY LAWYERS SERVICE**</u>
Magistrate Tonianne J. Bongiovanni
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

    RE:    Arts Council of Princeton v. Michael Graves & Associates
             Our File No. 01022-00355-JHO
             Civil Action No. 3:10-CV-01393-JAP-TJB
             AAA No. 18 110 J 00612 10

Dear Magistrate Bongiovanni:

    This office represents Michael Graves & Associates, Inc. in the above referenced matter. Presently before the Court is Michael Graves & Associates, Inc.'s Motion to Dismiss the Arts Council of Princeton's AAA Arbitration Demand. The return date of the motion is July 19, 2010.

    The parties have resolved the pending issue and the Arts Council of Princeton has voluntarily withdrawn the arbitration demand. Accordingly, Michael Graves & Associates, Inc. wishes to withdraw the Motion to Dismiss the AAA Arbitration.

    Thank you.

                             Respectfully submitted,

                             \\\ RJM-SIGNED \\\
                             RAYMOND J. MICHAUD

RJM/kmd/enc.

06/1893677.v1

June 24, 2010
Page 2