IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC.<br>   Plaintiff,<br>v.<br>MICHAEL GRAVES & ASSOCIATES, INC.<br>   Defendant. | : CIVIL ACTION<br>:<br>: NO: 3:10-CV-01393-JAP-TJB<br>:<br>:<br>: JURY TRIAL DEMANDED<br>: |
| MICHAEL GRAVES & ASSOCIATES, INC.<br>   Counterclaimant,<br>v.<br>E. ALLEN REEVES, INC.<br>   Counterdefendant. | :<br>:<br>:<br>:<br>: |
| MICHAEL GRAVES & ASSOCIATES, INC.<br>   Third Party Plaintiff,<br>v.<br>DAVID CHOU & ASSOCIATES; KELTER & GILLIGO CONSULTING ENGINEERS; FISHER MARANTZ STONE, INC.; THE ARTS COUNCIL OF PRINCETON; SAL ARNONE; JOHN DOES 1-50,<br>   Third Party Defendants. | : |

RECEIVED JUL 13 2010 AT 8:30 WILLIAM T. WALSH, CLERK

**STIPULATION AND CONSENT ORDER EXTENDING TIME TO RESPOND TO MICHAEL GRAVES & ASSOCIATES, INC.'S THIRD PARTY COMPLAINT AGAINST ARTS COUNCIL OF PRINCETON**

The parties consent to and respectfully request that this Honorable Court extend the time in which Arts Council of Princeton ("ACP") may answer, move or otherwise reply to Michael Graves & Associates, Inc.'s ("Graves") Third Party Complaint (Document No. 8). ACP and Graves represent as follows:

1.  Graves filed its Third Party Complaint against ACP on May 28, 2010;

2.  Graves effected service of the Third Party Complaint upon ACP on June 7, 2010;

3. On June 23, 2010, the Courte ntered a Clerk's Order extending ACP's time to answer, move or otherwise reply to the Third Party Complaint until July 12, 2010;

4. ACP's time to answer, move or otherwise reply to the Third Party Complaint has not expired; and

5. ACP and Graves consent to a four (4) day extension of time in which ACP can answer, move or otherwise reply to Graves Third Party Complaint.

Accordingly, responses to Graves's Third Party Complaint may be filed on or before July 16, 2010.

Respectfully submitted,

/s/ John H. Osorio
John H. Osorio, Esquire
*Attorney for Michael Graves and Associates, Inc.*

/s/ John E. Lamastra
John E. Lamastra, Esquire
*Attorney for Arts Council Princeton*

AND NOW, this  13  day of July, 2010, IT IS ORDERED that responses to Michael Graves & Associates, Inc.'s Third Party Complaint against Arts Council of Princeton may be filed on or before July 16, 2010.

BY THE COURT

_____, U.S.D.J USMJ

2

06/1893653.v1