**STERNS & WEINROTH**
A Professional Corporation
50 West State Street
Suite 1400
P. O. Box 1298
Trenton, New Jersey 08607-1298
(609) 392-2100
Attorneys for Third Party Defendant Sal Arnone

| | |
|---|---|
| E. ALLEN REEVES, INC., <br><br>    Plaintiff, <br><br>v. <br><br>MICHAEL GRAVES & ASSOCIATES, INC. <br><br>    Defendant. <br><br>MICHAEL GRAVES & ASSOCIATES, INC. <br><br>    Counterclaimant, <br><br>v. <br><br>E. ALLEN REEVES, INC. <br><br>    Counter defendant <br>and <br><br>MICHAEL GRAVES & ASSOCIATES, INC. <br><br>    Third Party Plaintiff <br><br>v. <br><br>DAVID CHOU & ASSOCIATES, KELTER & GILLIGO CONSULTING ENGEINNERS; FISHER MARANTZ STONE, INC.; THE ARTS COUNCIL OF PRINCETON; SAL ARNONE; JOHN DOES 1-50, <br><br>    Third Party Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY - TRENTON <br><br>DOCKET NO.: 3:10-cv-01393-JAP-TJB <br><br><br>**ECF FILED DOCUMENT** <br><br>Civil Action |

{00324313;v1}

# APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY
[Local Civil Rule 6.1(b)]

Application is hereby made for a Clerk's Order extending time within which third party defendant Sal Arnone may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on July 16; and
3. Time to Answer, Move or otherwise Reply expires on July 30, 2010.

/s/_____
Michael A. Spero, Esq.

Attorney for Third Party Defendant
Sal Arnone

Sterns & Weinroth
A Professional Corporation
50 West State Street
Suite 1400
P. O. Box 1298
Trenton, New Jersey 08607-1298

## ORDER

The above application is ORDERED GRANTED extended to _____.
ORDER DATED:_____.

WILLIAM T. WALSH, Clerk

By:_____
Deputy Clerk

{00324313;v1}

2