**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY - TRENTON**

| | |
|---|---|
| E. ALLEN REEVES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL GRAVES & ASSOCIATES, <br><br> Defendant. | CIVIL ACTION NO. 3:10-cv-01393-JAP-TJB <br><br> CIVIL ACTION <br><br> **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY** <br> [Local Civil Rule 6.1(b)] |

Application is hereby made for a Clerk's Order extending time within which Third Party Defendant The Arts Council of Princeton may answer, move or otherwise reply to the First Amended Third Party Complaint filed by Third-Party Plaintiff herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on July 16, 2010; and
3. Time to Answer, Move or otherwise Reply expires on July 30, 2010.

DALY, LAMASTRA & CUNNINGHAM
3 Mountain View Road
P O Box 1622
Warren, NJ  07061
(908) 903-5700
Attorneys for Third Party Defendant
The Arts Council of Princeton

By:   */s/ John E. Lamastra*
        John E. Lamastra

ORDER

The above application is ORDERED GRANTED extended to _____.
ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By: _____
     Deputy Clerk