IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC. | : CIVIL ACTION NO. |
| | : 3:10-CV-01393-JAP-TJB |
| Plaintiff | : |
| v. | : |
| MICHAEL GRAVES & ASSOCIATES, INC. | : |
| Defendant | : |
| MICHAEL GRAVES & ASSOCIATES, INC. | : |
| Counterclaimant, | : |
| E. ALLEN REEVES, INC. | : |
| Counterdefendant | : |
| MICHAEL GRAVES & ASSOCIATES, INC. | : |
| Third Party Plaintiff, | : |
| DAVID CHOU & ASSOCIATES;<br>KELTER & GILLIGO CONSULTING ENGINEERS;<br>FISHER MARANTZ STONE, INC.;<br>THE ARTS COUNCIL OF PRINCETON;<br>SAL ARNONE;<br>JOHN DOES 1-50, | : |
| Third Party Defendants, | : |

**ORDER DENYING THE MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM**

**THIS MATTER** having been brought before the Court upon the application of Cohen, Seglias, Pallas, Greenhall & Furman, Esquire, attorney for E. Allen Reeves, Inc., for an Order dismissing the Counterclaim filed by Michael Graves & Associates, Inc., and the Court having received and reviewed the moving papers and opposition filed by Michael Graves, Inc., and for good cause having been shown,

**IT IS** on this _____ day of _____, 2010 **ORDERED** that the motion is **DENIED**.

                                                                                                _____
                                                                                                                                                     J.S.C.

( )   Opposed
( )   Unopposed