IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC. | : CIVIL ACTION NO. |
| | : 3:10-CV-01393-JAP-TJB |
| Plaintiff | : |
| v. | : |
| MICHAEL GRAVES & ASSOCIATES, INC. | : |
| Defendant | : |
| MICHAEL GRAVES & ASSOCIATES, INC. | : |
| Counterclaimant, | : |
| E. ALLEN REEVES, INC. | : |
| Counterdefendant | : |
| MICHAEL GRAVES & ASSOCIATES, INC. | : |
| Third Party Plaintiff, | : |
| DAVID CHOU & ASSOCIATES; KELTER & GILLIGO CONSULTING ENGINEERS; FISHER MARANTZ STONE, INC.; THE ARTS COUNCIL OF PRINCETON; SAL ARNONE; JOHN DOES 1-50, | : |
| Third Party Defendants, | : |

## CERTIFICATE OF FILING AND SERVICE

The within Opposition of Defendant/Third Party Plaintiff, Michael Graves & Associates, to the Motion to Dismiss Defendant's Counterclaim, filed by E. Allen Reeves, Inc., has been

filed via electronic filing this date with the Clerk of the Court, United States District Court for the District of New Jersey, Camden Vicinage.

                                            MARSHALL, DENNEHEY, WARNER,
                                            COLEMAN & GOGGIN

                                      By:  **/s/ John H. Osorio, Esq.**
                                                JOHN H. OSORIO, ESQ.
                                                Attorney for Defendant/Third Party Plaintiff
                                                Michael Graves & Associates

DATE:  August 2, 2010

## **PROOF OF SERVICE**

On August 2, 2010, I, the undersigned, served the following parties via electronic filing to:

                    John J. Graham, Esquire
                    Jason A. Copley, Esquire
                    Cohen, Seglias, Pallas, Greenhall & Furman
                    United Plaza, 19th Floor
                    30 South 17th Street
                    Philadelphia, PA  19103
                    Counsel for E. Allen Reeves, Inc. in the present litigation
                    Counsel for the Arts Council of Princeton in the AAA Arbitration

                    John E. Lamastra, Esquire
                    Daly, Lamastra & Cunningham
                    3 Mountain View Road
                    P.O. Box 1622
                    Warren, N.J. 07061
                    Counsel for the Arts Council of Princeton in the present litigation

the following document:

*Defendant, Counterclaimant, And Third Party Plaintiff, Michael Graves & Associates, Inc.'s Brief In Opposition To Reeves's Motion To Dismiss Counterclaim*

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                MARSHALL, DENNEHEY, WARNER,
                COLEMAN & GOGGIN

                By:  **/s/ John H. Osorio, Esq.**
                     JOHN H. OSORIO, ESQ.
                     Attorney for Defendant/Third Party Plaintiff
                     Michael Graves & Associates

DATE:  August 2, 2010