**COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC**

John J. Graham, Jr.
Attorney At Law

United Plaza, 19th Floor
30 South 17th Street
Philadelphia, PA 19103
T: 215.564.1700 | F: 267.238.4445
jgraham@cohenseglias.com
www.cohenseglias.com

August 4, 2010

**VIA ECF FILING SYSTEM**
The Honorable Joel A. Pisano
U.S. District Judge
United States District Court
  for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ  08608

Re:   **E. Allen Reeves, Inc. v. Michael Graves & Associates, Inc.**
      **USDC of New Jersey; Civil Action No.: 3:10-cv-01393**
      **Our File No:  02618-0006**

Dear Judge Pisano:

Enclosed is a Stipulation and Consent Order Extending Time for E. Allen Reeves, Inc. to File a Reply Brief in Support of its Motion to Dismiss the Counterclaim of Michael Graves & Associates, Inc. ("Graves") in the above-captioned matter.  Counsel for Graves has provided their consent to this extension.

Respectfully submitted,

JOHN J. GRAHAM, JR.

JJG/pr
Enclosure

cc:   Raymond J. Michaud, Esquire (via e-filing)
      John E. Lamastra, Esquire (via e-filing)
      Kevin M. Bothwell, Esquire (via e-filing)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC.<br>    Plaintiff,<br> v.<br>MICHAEL GRAVES & ASSOCIATES, INC.<br>    Defendant. | **CIVIL ACTION**<br><br>**NO: 3:10-CV-01393-JAP-TJB**<br><br>**JURY TRIAL DEMANDED** |
| MICHAEL GRAVES & ASSOCIATES, INC.<br>    Counterclaimant,<br> v.<br>E. ALLEN REEVES, INC.<br>    Counterdefendant. | |
| MICHAEL GRAVES & ASSOCIATES, INC.<br>    Third Party Plaintiff,<br> v.<br>DAVID CHOU & ASSOCIATES; KELTER & GILLIGO CONSULTING ENGINEERS; FISHER MARANTZ STONE, INC.; THE ARTS COUNCIL OF PRINCETON; SAL ARNONE; JOHN DOES 1-50,<br>    Third Party Defendants. | |

**STIPULATION AND CONSENT ORDER EXTENDING TIME FOR E. ALLEN REEVES, INC. TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS THE COUNTERCLAIM OF MICHAEL GRAVES & ASSOCIATES, INC.**

The parties consent to and respectfully request that this Honorable Court extend the time in which E. Allen Reeves, Inc. ("Reeves") may file a Reply Brief in support of its Motion to Dismiss the Counterclaim of Michael Graves & Associates, Inc.'s ("Graves"). Reeves and Graves represent as follows:

 1. Graves filed a Counterclaim against Reeves on May 28, 2010;

 2. On July 1, 2010, Reeves filed a Motion to Dismiss Graves's Counterclaim;

3. On August 3, 2010, Graves filed its response and opposition to Reeves's Motion to Dismiss Graves's Counterclaim;

4. Reeves's time to file its Reply Brief in Support of its Motion to Dismiss Graves's Counterclaim has not expired; and

5. Graves and Reeves consent to a ten (10) day extension of time in which Reeves can file a Reply Brief in Support of its Motion to Dismiss Graves's Counterclaim.

Accordingly, Reeves may file a Reply Brief in Support of its Motion to Dismiss Graves's Counterclaim on or before August 19, 2010.

Respectfully submitted,

/s/ Raymond J. Michaud
Raymond J. Michaud, Esquire
*Attorney for Michael Graves
and Associates, Inc.*

/s/ John J. Graham, Jr.
John J. Graham, Jr., Esquire
*Attorney for E. Allen Reeves, Inc.*

AND NOW, this _____ day of August, 2010, IT IS ORDERED that E. Allen Reeves, Inc. may file a Reply Brief in Support of its Motion to Dismiss Michael Graves & Associates, Inc.'s Counterclaim on or before August 19, 2010.

BY THE COURT

_____, U.S.D.J

2

#1050210-v1 02618-0006