IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC.<br>        Plaintiff,<br>v.<br>MICHAEL GRAVES & ASSOCIATES, INC.<br>        Defendant. | CIVIL ACTION<br><br>NO: 3:10-CV-01393-JAP-TJB<br><br>JURY TRIAL DEMANDED |
| MICHAEL GRAVES & ASSOCIATES, INC.<br>        Counterclaimant,<br>v.<br>E. ALLEN REEVES, INC.<br>        Counterdefendant. | RECEIVED<br><br>AUG -9 2010<br><br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |
| MICHAEL GRAVES & ASSOCIATES, INC.<br>        Third Party Plaintiff,<br>v.<br>DAVID CHOU & ASSOCIATES; KELTER & GILLIGO CONSULTING ENGINEERS; FISHER MARANTZ STONE, INC.; THE ARTS COUNCIL OF PRINCETON; SAL ARNONE; JOHN DOES 1-50,<br>        Third Party Defendants. | |

**STIPULATION AND CONSENT ORDER EXTENDING TIME FOR E. ALLEN REEVES, INC. TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS THE COUNTERCLAIM OF MICHAEL GRAVES & ASSOCIATES, INC.**

The parties consent to and respectfully request that this Honorable Court extend the time in which E. Allen Reeves, Inc. ("Reeves") may file a Reply Brief in support of its Motion to Dismiss the Counterclaim of Michael Graves & Associates, Inc.'s ("Graves"). Reeves and Graves represent as follows:

1. Graves filed a Counterclaim against Reeves on May 28, 2010;

2. On July 1, 2010, Reeves filed a Motion to Dismiss Graves's Counterclaim;

1

3. On August 3, 2010, Graves filed its response and opposition to Reeves's Motion to Dismiss Graves's Counterclaim;

4. Reeves's time to file its Reply Brief in Support of its Motion to Dismiss Graves's Counterclaim has not expired; and

5. Graves and Reeves consent to a ten (10) day extension of time in which Reeves can file a Reply Brief in Support of its Motion to Dismiss Graves's Counterclaim.

Accordingly, Reeves may file a Reply Brief in Support of its Motion to Dismiss Graves's Counterclaim on or before August 19, 2010.

Respectfully submitted,

/s/ Raymond J. Michaud
Raymond J. Michaud, Esquire
*Attorney for Michael Graves
and Associates, Inc.*

/s/ John J. Graham, Jr.
John J. Graham, Jr., Esquire
*Attorney for E. Allen Reeves, Inc.*

AND NOW, this 9th day of August, 2010, IT IS ORDERED that E. Allen Reeves, Inc. may file a Reply Brief in Support of its Motion to Dismiss Michael Graves & Associates, Inc.'s Counterclaim on or before August 19, 2010.

BY THE COURT

_____, U.S.D.J