# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
A PROFESSIONAL CORPORATION   www.marshalldennehey.com



**PENNSYLVANIA**
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

**NEW JERSEY**
Cherry Hill
Roseland

**DELAWARE**
Wilmington

**OHIO**
Akron

**FLORIDA**
Ft. Lauderdale
Jacksonville
Orlando
Tampa

**NEW YORK**
New York

**200 Lake Drive East, Suite 300 · Cherry Hill, NJ 08002**
*(856) 414-6000 · Fax (856) 414-6077 Richard L. Goldstein, Resident Managing Attorney*

**Direct Dial: 856-414-6306**
**Email: rjmichaud@mdwcg.com**

September 3, 2010

Honorable Joel A. Pisano, U.S.D.J
United States District Court
District of New Jersey
Clarkson South Fisher federal Building
& U.S. Courthouse
402 east State Street
Trenton, New Jersey 08608

    RE:    Arts Council of Princeton v. Michael Graves & Associates
            Our File No. 01022-00355-JHO
            Civil Action No. 3:10-CV-01393-JAP-TJB
            AAA No. 18 110 J 00612 10

Dear Judge Pisano:

    This firm represents Michael Graves & Associates in the above matter.  I am corresponding with the Court today to draw the Courts attention to the fact that there is presently a motion pending with Magistrate Bongiovanni that is similarly based upon the Economic Loss Doctrine.  The Plaintiff in this matter, E. Allen Reeves, has filed a Motion to Dismiss the Counterclaim of Michael Graves & Associates.  E. Allen Reeves relies upon the Economic Loss Doctrine, as does the Arts Council of Princeton in its Motion to Dismiss Counts I and II of the Michael Graves & Associate Third Party Complaint.

    The parties are presently waiting a date for oral argument with the E. Allen Reeves motion.  The parties also have an initial conference with Magistrate Bongiovanni on September 9, 2010, where it anticipated the oral argument date will be established.  Therefore, it is requested that the motion pending with Judge Pisano be transferred to Magistrate Bongiovanni for disposition of the two pending motions.  This allow for greater judicial economy.

    Thank you.

                                           Respectfully Submitted

                                           /// Signed –RJM \\\

                                           Raymond Michaud