# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
A PROFESSIONAL CORPORATION      www.marshalldennehey.com

**200 Lake Drive East, Suite 300 · Cherry Hill, NJ 08002**
*(856) 414-6000 · Fax (856) 414-6077 Richard L. Goldstein, Resident Managing Attorney*

**PENNSYLVANIA** Bethlehem, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton, Williamsport
**NEW JERSEY** Cherry Hill, Roseland
**DELAWARE** Wilmington
**OHIO** Akron
**FLORIDA** Ft. Lauderdale, Jacksonville, Orlando, Tampa
**NEW YORK** New York

**Direct Dial: 856-414-6306**
**Email: rjmichaud@mdwcg.com**



September 3, 2010

Honorable Joel A. Pisano, U.S.D.J
United States District Court
District of New Jersey
Clarkson South Fisher federal Building
& U.S. Courthouse
402 east State Street
Trenton, New Jersey 08608

    RE:    Arts Council of Princeton v. Michael Graves & Associates
             Our File No. 01022-00355-JHO
             Civil Action No. 3:10-CV-01393-JAP-TJB
             AAA No. 18 110 J 00612 10

Dear Judge Pisano:

    This firm represents Michael Graves & Associates in the above matter.  I am corresponding with the Court today to request that the Arts Council's motion to Dismiss Counts I and II of the Michael Graves & Associates First Amended Complaint be adjourned. I have not had the opportunity to speak with Mr. Lamstra as he is on vacation.  However, my conversations with Mr. Graham, who also represents the Arts Council, indicated that it was believed that the filing of my clients Second Amended Third Party Complaint made the motion moot and that the Arts Council would re-file the motion based upon the amended Third Party Complaint. However, since this issue has not be resolved, it is respectfully requested that the motion be adjourned.

    In speaking with your chambers, we agreed that it would be best to discuss the matter with Magistrate Bongiovanni on September 9, 2010, who will enter the appropriate order regarding the pending motions.

    Thank you.

                               Respectfully Submitted

                               /// Signed –RJM \\\

                               Raymond Michaud