# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC., <br>               Plaintiff <br> -vs- <br><br> MICHAEL GRAVES & ASSOCIATES, INC. <br>               Defendant <br><br> MICHAEL GRAVES & ASSOCIATES, INC. <br>               Counterclaimant <br> -vs- <br><br> E. ALLEN REEVES, INC., <br>               Counterdefendant <br><br> MICHAEL GRAVES & ASSOCIATES, INC. <br>               Third Party Plaintiff <br> -vs- <br><br> DAVID CHOU & ASSOCIATES, KELTER & GILLIGO CONSULTING ENGINEERS, FISHER MARANTZ STONE, INC., E. ALLEN REEVES, INC., SAL ARNONE; JOHN DOES 1-50. <br>               Third Party Defendants <br><br> ARTS COUNCIL OF PRINCETON, <br>               Counterclaimant <br> -vs- <br><br> MICHAEL GRAVES & ASSOCIATES, INC. <br>               Counterdefendant | CIVIL ACTION NO: <br> 10-CV-1393-JAP-TJB |

| | |
|---|---|
| MICHAEL GRAVES & ASSOCIATES, INC.,<br>                    Third Party Plaintiff | :<br>:<br>: |
| -vs- | :<br>: |
| DAVID CHOU & ASSOCIATES, KELTER & GILLIGO CONSULTING ENGINEERS, FISHER MARANTZ STONE, INC., THE ARTS COUNCIL OF PRINCETON, SAL ARNONE, JOHN DOES 1-50. | :<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

 Please enter my appearance as counsel for third party defendant, David Chou & Associates, in the above-captioned matter.

                O'CONNOR KIMBALL LLP

                BY: s/MICHAEL S. SOULE
                MICHAEL S. SOULE, ESQUIRE
                O'CONNOR KIMBALL LLP
                51 Haddonfield Road, Suite 330
                Cherry Hill, NJ  08002
                (856) 663-9292
                msoule@okllp.com

Dated:  September 8, 2010