WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Joanna Piorek
33 Washington Street
Newark, New Jersey 07102
Tel: (973) 624-0800  Fax: (973) 624-0799
Attorneys for Third Party Defendant Fisher Marantz Stone, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC., | |
| Plaintiff, | Civil Action No. |
| v. | 3:10-CV-01393-JAP-TJB |
| MICHAEL GRAVES & ASSOCIATES, INC. | |
| Defendant. | **ORDER** |
| MICHAEL GRAVES & ASSOCIATES, INC. | |
| Counterclaimant, | |
| v. | |
| E. ALLEN REEVES, INC. | |
| Counterdefendant | |
| MICHAEL GRAVES & ASSOCIATES, INC. | |
| Third Party Plaintiff, | |
| v. | |
| DAVID CHOU & ASSOCIATES; KELTER & GILLIGO CONSULTING ENGINEERS; FISHER MARANTZ STONE, INC.; THE ARTS COUNCIL OF PRINCETON; SAL ARNONE; JOHN DOES 1-50, | |
| Third Party Defendants | |

**THIS MATTER** having been opened to the Court upon application of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for Third Party Defendant Fisher Marantz Stone, Inc., for an Order dismissing the Third Party Complaint with

1041767.1

prejudice; and the Court having considered the moving papers, any opposition filed thereto, and for good cause shown,

**IT IS** on this ____ day of _____, 2010,

**ORDERED** that the Third Party Complaint (and any version thereof) is dismissed with prejudice as to Fisher Marantz Stone pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction as the dispute between Third Party Plaintiff Michael Graves & Associates and Third Party Defendant Fisher Marantz Stone is mandated, per contract, to be resolved via mediation and/or arbitration; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be serves upon all counsel of records within _____days of the date hereof.

_____
Hon. Joel A. Pisano, U.S.D.J.

1041767.1