WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Joanna Piorek
33 Washington Street
Newark, New Jersey 07102
Tel: (973) 624-0800 Fax: (973) 624-0799
Attorneys for Third Party Defendant Fisher Marantz Stone, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

E. ALLEN REEVES, INC., :
:
    Plaintiff, : Civil Action No.
v. : 3:10-CV-01393-JAP-TJB
:
MICHAEL GRAVES & ASSOCIATES, INC. :
: **CERTIFICATION OF SERVICE**
    Defendant. :
: (Electronically Filed)
MICHAEL GRAVES & ASSOCIATES, INC. :
:
    Counterclaimant, :
:
v. :
:
E. ALLEN REEVES, INC., :
:
    Counterdefendant :
:
MICHAEL GRAVES & ASSOCIATES, INC. :
:
    Third Party Plaintiff, :
:
v. :
:
DAVID CHOU & ASSOCIATES; KELTER & :
GILLIGO CONSULTING ENGINEERS; :
FISHER MARANTZ STONE, INC.; THE :
ARTS COUNCIL OF PRINCETON; SAL :
ARNONE; JOHN DOES 1-50, :
:
    Third Party Defendants

---

    I, Joanna Piorek, hereby certify as follows:

928008.1

I am an attorney with the firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for Third Party Defendant Fisher Marantz Stone, Inc. in the within matter.

I certify that the Notice of Motion to Dismiss the Complaint in lieu of an Answer, Memorandum of Law, Certification of Counsel with Exhibits, and Proposed Form of Order along with a Stipulation Extending Time to Answer or Otherwise Move were filed via electronic filing to the United States District Court, District of New Jersey, and upon all counsel of record via electronic filing. A courtesy copy of same was marked as such and forwarded to the Honorable Joel A. Pisano, U.S.D.J., and upon the Honorable Tonianne J. Bongiovanni, U.S.M.J.

I further certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Joanna Piorek
Joanna Piorek

Dated: September 8, 2010

928008.1