**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Joanna Piorek
33 Washington Street
Newark, New Jersey 07102
Tel: (973) 624-0800 Fax: (973) 624-0799
Attorneys for Third Party Defendant Fisher Marantz Stone, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC., <br><br> Plaintiff, <br> v. <br><br> MICHAEL GRAVES & ASSOCIATES, INC. <br><br> Defendant. | Civil Action No. <br> 3:10-CV-01393-JAP-TJB <br><br><br><br> **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE MOVE TO SEPTEMBER 10, 2010** |
| MICHAEL GRAVES & ASSOCIATES, INC. <br><br> Counterclaimant, <br> v. <br><br> E. ALLEN REEVES, INC. <br><br> Counterdefendant | **FILED ELECTRONICALLY** |
| MICHAEL GRAVES & ASSOCIATES, INC. <br><br> Third Party Plaintiff, <br> v. <br><br> DAVID CHOU & ASSOCIATES; KELTER & GILLIGO CONSULTING ENGINEERS; FISHER MARANTZ STONE, INC.; THE ARTS COUNCIL OF PRINCETON; SAL ARNONE; JOHN DOES 1-50, <br><br> Third Party Defendants | |

IT IS HEREBY stipulated and agreed by and between the attorneys for Third Party Plaintiffs Michael Graves & Associates, Inc. and attorneys for Third Party Defendant Fisher Marantz Stone, Inc. that the time within which said Third Party

1044848.1

Defendant may serve and file an Answer or otherwise move in response to the Third Party Complaint is hereby extended or otherwise moved to September 10, 2010.

| | |
|---|---|
| **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**<br>Attorneys for Third Party Plaintiffs Michael Graves & Associates, Inc.<br><br>By: _____<br>RAYMOND F. MICHAUD, III, Esq.<br><br>Dated: 3 Sep 10 | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br>Attorneys for Third Party Defendant Fisher Marantz Stone, Inc.<br><br>By: _____<br>Joanna Piorek, Esq.<br><br>Dated: 9/8/10 |

1044848.1