# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY - TRENTON

| | |
|---|---|
| E. ALLEN REEVES, INC.,<br><br>    Plaintiff,<br><br>            v.<br><br>MICHAEL GRAVES & ASSOCIATES,<br><br>    Defendant. | CIVIL ACTION NO. 3:10-cv-01393-JAP-TJB<br><br>CIVIL ACTION<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY**<br>[Local Civil Rule 6.1(b)] |

Application is hereby made for a Clerk's Order extending time within which Third Party Defendant The Arts Council of Princeton may answer, move or otherwise reply to the Second Amended Third Party Complaint filed by Defendant/Counterclaimant/Third Party Plaintiff herein and it is represented that:

1. No previous extension has been obtained;
2. The Second Amended Third Party Complaint was filed on 08/27/2010 via the Court's Electronic Filing System; and
3. Time to Answer, Move or otherwise Reply expires on September 10, 2010.

DALY, LAMASTRA & CUNNINGHAM
3 Mountain View Road
P O Box 1622
Warren, NJ  07061
(908) 903-5700
Attorneys for Third Party Defendant
The Arts Council of Princeton

By:   */s John E. Lamastra*
          John E. Lamastra

ORDER

The above application is ORDERED GRANTED extended to _____.
ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By: _____
    Deputy Clerk

Case 3:10-cv-01393-JAP -TJB   Document 46   Filed 09/09/10   Page 2 of 2 PageID: 813