UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-2040

| | |
|---|---|
| CHAMBERS OF<br>**TONIANNE J. BONGIOVANNI**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>402 E. STATE STREET, RM 6052<br>TRENTON, NJ 08608 |

September 10, 2010

## LETTER ORDER

Re:   E. Allen Reeves, Inc. v. Michael Graves & Associates, et al.
      Civil Action No. 10-1393 (JAP)

Dear Counsel:

Currently pending before the Court are three Motions to Dismiss [Docket Entry Nos. 17, 32 and 45].

As discussed during the Initial Conference held on September 9th, 2010, in an effort to address a number of issues and to permit these Motions to be addressed in an orderly way, the Motions are DISMISSED WITHOUT PREJUDICE and are to be re-filed no later than 10/8/2010 and made returnable on 11/1/10.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT THE CLERK OF THE COURT TERMINATE THESE MOTIONS [DOCKET ENTRY NOS. 17, 32 AND 45] ACCORDINGLY.**

          s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**