IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC.<br>　　　　　Plaintiff,<br>　v.<br><br>MICHAEL GRAVES & ASSOCIATES, INC.<br>　　　　　Defendant. | CIVIL ACTION<br><br>NO: 3:10-CV-01393- JAP-TJB |
| MICHAEL GRAVES & ASSOCIATES, INC.<br>　　　　　Counterclaimant,<br>　v.<br><br>E. ALLEN REEVES, INC.<br>　　　　　Counterdefendant. | |
| MICHAEL GRAVES & ASSOCIATES, INC.<br>　　　　　Third Party Plaintiff,<br>　v.<br><br>DAVID CHOU & ASSOCIATES;<br>KELTER & GILLIGO CONSULTING ENGINEERS;<br>FISHER MARANTZ STONE, INC.;<br>THE ARTS COUNCIL OF PRINCETON;<br>SAL ARNONE;<br>JOHN DOES 1-50<br>　　　　　Third Party Defendants. | |
| THE ARTS COUNCIL OF PRINCETON<br>　　　　　Counterclaimant,<br>　v.<br><br>MICHAEL GRAVES & ASSOCIATES, INC.<br>　　　　　Counterdefendant. | |

**APPLICATION FOR CLERK'S ORDER EXTENDING TIME TO ANSWER OR OTHERWISE MOVE WITH RESPECT TO MICHAEL GRAVES & ASSOCIATES' <u>THIRD AMENDED THIRD PARTY COMPLAINT</u>**

Pursuant to Local Rule of Civil Procedure 6.1(b), Plaintiff, E. Allen Reeves, Inc.

("Reeves"), by and through its undersigned counsel, hereby applies for a fourteen (14) day

extension of time to answer or otherwise move with respect to Michael Graves & Associates, Inc.'s ("Graves") Third Amended Third Party Complaint.

On September 13, 2010, Graves filed its Third Amended Third Party Complaint and served the same on Reeves by way of the Court's Electronic Filing System. Reeves' response to Graves' Third Amended Third Party Complaint is currently due on Monday, September 27, 2010. Reeves respectfully requests a fourteen (14) day extension of time to answer or otherwise move with respect to Graves' Third Amended Third Party Complaint, through and including Monday, October 11, 2010. Reeves has not made any previous requests for extensions pursuant to Local Rule 6.1(b).

Respectfully submitted,

**Cohen Seglias Pallas Greenhall & Furman, PC**

Date: September 22, 2010

By: /s/ John J. Graham, Jr., Esquire
Jason A. Copley, Esquire
John J. Graham, Jr., Esquire
*Attorneys for E. Allen Reeves, Inc.*

AND NOW, this _____ day of September, 2010, IT IS ORDERED that E. Allen Reeves, Inc. ("Reeves") is granted a fourteen (14) day extension to answer or otherwise move (including motions to dismiss) with respect to Michael Graves & Associates, Inc.'s ("Graves") Third Amended Third Party Complaint. Reeves' answer or motion with respect to Graves' Third Amended Third Party Complaint shall be filed on or before October 11, 2010.

BY THE COURT

_____, Clerk

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Application for Clerk's Order Extending Time to Answer or Otherwise Move with Regard to Graves' Third Amended Third Party Complaint* was served by electronic filing and facsimile on September 22, 2010 upon:

John H. Osorio, Esquire
Raymond J. Michaud, Esquire
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002

John E. Lamastra, Esquire
DALY LAMASTRA & CUNNINGHAM
3 Mountain View Road
P.O. Box 1622
Warren, NJ 07061

Kevin M. Bothwell, Esquire
THOMPSON, BECKER & BOTHWELL, LLC
10 Melrose Avenue
Woodcrest Pavilion
Suite 100
Cherry Hill, NJ 08003

Joanna P. Piorek, Esquire
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
33 Washington Street
Newark, NJ 07102

Glen D. Kimball, Esquire
Michael S. Soule, Esquire
O'CONNOR KIMBALL, LLP
51 Haddonfield Road, Suite 330
Cherry Hill, NJ 08002

By: /s/ John J. Graham, Jr., Esquire
John J. Graham, Jr., Esquire
*Attorneys for E. Allen Reeves, Inc.*

#1089310-v1 02618-0006