IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC.<br>    Plaintiff,<br>v.<br><br>MICHAEL GRAVES & ASSOCIATES, INC.<br>    Defendant. | CIVIL ACTION<br><br>NO: 3:10-CV-01393- JAP-TJB |
| MICHAEL GRAVES & ASSOCIATES, INC.<br>    Counterclaimant,<br>v.<br><br>E. ALLEN REEVES, INC.<br>    Counterdefendant. | |
| MICHAEL GRAVES & ASSOCIATES, INC.<br>    Third Party Plaintiff,<br>v.<br><br>DAVID CHOU & ASSOCIATES;<br>KELTER & GILLIGO CONSULTING ENGINEERS;<br>FISHER MARANTZ STONE, INC.;<br>THE ARTS COUNCIL OF PRINCETON;<br>SAL ARNONE;<br>JOHN DOES 1-50<br>    Third Party Defendants. | |
| THE ARTS COUNCIL OF PRINCETON<br>    Counterclaimant,<br>v.<br><br>MICHAEL GRAVES & ASSOCIATES, INC.<br>    Counterdefendant. | |

**APPLICATION FOR CLERK'S ORDER EXTENDING TIME TO ANSWER OR
OTHERWISE MOVE WITH RESPECT TO
<u>KELTER & GILLIGO CONSULTING ENGINEERS' CROSSCLAIMS</u>**

Pursuant to Local Rule of Civil Procedure 6.1(b), Plaintiff, E. Allen Reeves, Inc.

("Reeves"), by and through its undersigned counsel, hereby applies for a fourteen (14) day

extension of time to answer or otherwise move with respect to Kelter & Gilligo Consulting Engineers' ("K&G") Crossclaims.

On September 1, 2010, K&G filed its Crossclaims against Reeves and served the same on Reeves by way of the Court's Electronic Filing System. Reeves' response to K&G's Crossclaims is currently due on Wednesday, September 22, 2010. Reeves respectfully requests a fourteen (14) day extension of time to answer or otherwise move with respect to K&G's Crossclaims, through and including Wednesday October 6, 2010. Reeves has not made any previous requests for extensions pursuant to Local Rule 6.1(b).

                                Respectfully submitted,

                                **Cohen Seglias Pallas Greenhall & Furman, PC**

Date: September 22, 2010        By: /s/ John J. Graham, Jr., Esquire
                                            Jason A. Copley, Esquire
                                            John J. Graham, Jr., Esquire
                                            *Attorneys for E. Allen Reeves, Inc.*

AND NOW, this _____ day of September, 2010, IT IS ORDERED that E. Allen Reeves, Inc. ("Reeves") is granted a fourteen (14) day extension to answer or otherwise move (including motions to dismiss) with respect to Kelter & Gilligo Consulting Engineers' ("K&G") Crossclaims. Reeves' answer or motion with respect to K&G's Crossclaims shall be filed on or before October 6, 2010.

                                BY THE COURT

                                _____
                                                 , Clerk

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Application for Clerk's Order Extending Time to Answer or Otherwise Move with Regard to Graves' Third Amended Third Party Complaint* was served by electronic filing and facsimile on September 22, 2010 upon:

John H. Osorio, Esquire
Raymond J. Michaud, Esquire
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002

John E. Lamastra, Esquire
DALY LAMASTRA & CUNNINGHAM
3 Mountain View Road
P.O. Box 1622
Warren, NJ 07061

Kevin M. Bothwell, Esquire
THOMPSON, BECKER & BOTHWELL, LLC
10 Melrose Avenue
Woodcrest Pavilion
Suite 100
Cherry Hill, NJ 08003

Joanna P. Piorek, Esquire
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
33 Washington Street
Newark, NJ 07102

Glen D. Kimball, Esquire
Michael S. Soule, Esquire
O'CONNOR KIMBALL, LLP
51 Haddonfield Road, Suite 330
Cherry Hill, NJ 08002

By: /s/ John J. Graham, Jr., Esquire
John J. Graham, Jr., Esquire
*Attorneys for E. Allen Reeves, Inc.*

#1089341-v1 02618-0006