DALY, LAMASTRA & CUNNINGHAM
3 Mountain View Road
P O Box 1622
Warren, NJ  07061
(908) 903-5700
Attorneys for Third Party Defendant
  Sal Arnone

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY - TRENTON**

| | |
|---|---|
| E. ALLEN REEVES, INC., <br><br>  Plaintiff, <br><br> v. <br><br> MICHAEL GRAVES & ASSOCIATES, <br><br>  Defendant. <br><br><br> MICHAEL GRAVES & ASSOCIATES, INC., <br><br>  Counterclaimant, <br><br> v. <br><br> EL ALLEN REEVES, INC. <br><br>  Counterdefendant <br><br> and <br><br> MICHAEL GRAVES & ASSOCIATES, <br><br>  Third Party Plaintiff, <br><br> v. <br><br> DAVID CHOU & ASSOCIATES, KELTER & GILLIGO CONSULTING ENGINEERS; FISHER MARANTZ STONE, INC.; THE ARTS COUNCIL OF PRINCETON; SAL ARNONE; JOHN DOES 1-50, | CIVIL ACTION NO. 3:10-cv-01393-JAP-TJB <br><br><br> **NOTICE OF ATTORNEY APPEARANCE, REQUEST FOR COUNSEL DESIGNATION AS LEAD COUNSEL AND REQUEST TO RECEIVE ELECTRONIC NOTIFICATION** |

|     |
| --- |
| Third Party Defendants. |

  PLEASE TAKE NOTICE that John E. Lamastra of the law firm of Daly, Lamastra & Cunningham is hereby appearing as counsel for the Third Party Defendant Sal Arnone, in the above referenced matter.

  Request is hereby made by the undersigned to be designated as lead counsel for the Third Party Defendant Sal Arnone, in the above referenced matter.

  Request is further made by the undersigned to receive electronic notification within matter at the following email address: jlamastra@dlclawfirm.com.

           DALY, LAMASTRA & CUNNINGHAM
           Attorneys for Third Party Defendant
           Sal Arnone


           By: *s/ John E. Lamastra*_____
             John E. Lamastra

Dated:  September 23, 2010