DALY, LAMASTRA & CUNNINGHAM
3 Mountain View Road
P O Box 1622
Warren, NJ  07061
(908) 903-5700
Attorneys for Third Party Defendant
  Sal Arnone

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY - TRENTON

| | |
|---|---|
| E. ALLEN REEVES, INC.,<br><br>    Plaintiff,<br><br>              v.<br><br>MICHAEL GRAVES & ASSOCIATES,<br><br>    Defendant.<br><br><br>MICHAEL GRAVES & ASSOCIATES, INC.,<br><br>    Counterclaimant,<br><br>              v.<br><br>EL ALLEN REEVES, INC.<br><br>    Counterdefendant.<br><br>and<br><br>MICHAEL GRAVES & ASSOCIATES,<br><br>    Third Party Plaintiff,<br><br>              v.<br><br>DAVID CHOU & ASSOCIATES, KELTER & GILLIGO CONSULTING ENGINEERS; FISHER MARANTZ STONE, INC.; THE ARTS COUNCIL OF PRINCETON; SAL ARNONE; JOHN DOES 1-50, | CIVIL ACTION NO. 3:10-cv-01393-JAP-TJB<br><br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY**<br>**[Local Civil Rule 6.1(b)]** |

    Third Party Defendants.

    Application is hereby made for a Clerk's Order extending time within which Third Party Defendant Sal Arnone may answer, move or otherwise reply to the Complaint filed by Plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. The Third Amended Third Party Complaint was filed on 09/13/2010 via the Court's Electronic Filing System; and
3. Time to Answer, Move or otherwise Reply expires on October 3, 2010.

    DALY, LAMASTRA & CUNNINGHAM
    3 Mountain View Road
    P O Box 1622
    Warren, NJ  07061
    (908) 903-5700
    Attorneys for Third Party Defendant
    Sal Arnone

    By: *s/ John E. Lamastra*
         John E. Lamastra

### ORDER

The above application is ORDERED GRANTED extended to _____.
ORDER DATED: _____

    WILLIAM T. WALSH, Clerk

    By: _____
        Deputy Clerk