DALY, LAMASTRA & CUNNINGHAM
3 Mountain View Road
P O Box 1622
Warren, NJ  07061
(908) 903-5700
Attorneys for Third Party Defendant
   Sal Arnone

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY - TRENTON**

| | |
|---|---|
| E. ALLEN REEVES, INC.,<br><br>   Plaintiff,<br><br>           v.<br><br>MICHAEL GRAVES & ASSOCIATES,<br><br>   Defendant.<br><br><br>MICHAEL GRAVES & ASSOCIATES, INC.,<br><br>   Counterclaimant,<br><br>           v.<br><br>EL ALLEN REEVES, INC.<br><br>   Counterdefendant.<br><br>and<br><br>MICHAEL GRAVES & ASSOCIATES,<br><br>   Third Party Plaintiff,<br><br>           v.<br><br>DAVID CHOU & ASSOCIATES, KELTER & GILLIGO CONSULTING ENGINEERS; FISHER MARANTZ STONE, INC.; THE ARTS COUNCIL OF PRINCETON; SAL ARNONE; JOHN DOES 1-50, | CIVIL ACTION NO. 3:10-cv-01393-JAP-TJB<br><br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY**<br>**[Local Civil Rule 6.1(b)]** |

    Third Party Defendants.

Application is hereby made for a Clerk's Order extending time within which Third Party Defendant Sal Arnone may answer, move or otherwise reply to the Third Amended Third Party Complaint filed by Defendant/Counterclaimant/Third Party Plaintiff herein and it is represented that:

1. No previous extension has been obtained;
2. The Third Amended Third Party Complaint was filed on 09/13/2010 via the Court's Electronic Filing System; and
3. Time to Answer, Move or otherwise Reply expires on October 3, 2010.

    DALY, LAMASTRA & CUNNINGHAM
3 Mountain View Road
P O Box 1622
Warren, NJ  07061
(908) 903-5700
Attorneys for Third Party Defendant
Sal Arnone

By: *s/ John E. Lamastra*
    John E. Lamastra

## ORDER

The above application is ORDERED GRANTED extended to _____.
ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By: _____
    Deputy Clerk