# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

33 Washington Street, Newark, NJ 07102-3017
Tel: 973.624.0800  Fax: 973.624.0808

*Albany ● Baltimore ● Boston ● Chicago ● Dallas ● Garden City ● Houston ● Las Vegas ● London ● Los Angeles ● Louisville ● McLean
Miami ● Newark ● New York ● Orlando ● Philadelphia ● San Diego ● San Francisco ● Stamford ● Washington, DC ● White Plains
Limited Liability Partnership of NY
Affiliates:  Berlin ● Cologne ● Frankfurt ● Mexico City ● Munich ● Paris*

| | | | |
|---|---|---|---|
| JAMES CRAWFORD ORR | KEVIN C. DONOVAN | JOANNA PIOREK | BRUCE W. MCCOY, JR. |
| WILLIAM J. RIINA | JAMES S. REHBERGER | KURT H. DZUGAY | MICHAEL L. SOLOMON |
| THOMAS F. QUINN | JOSEPH T. HANLON | GINA CALABRIA | DANIEL E. ZEMSKY |
| BARBARA HOPKINSON KELLY | ROBERT LESKO | JOHN W. WILLIAMS | C. TY NGUYEN |
| CAROLYN F. O'CONNOR | RENEE J. SHERMAN | SHAUN S. McGREGOR | JESSICA BRENNAN |
| KENNETH M. BROWN | ROBERT T. GUNNING | KIM M. CONNOR | KATHERINE POTTER |
| DANIEL F. FLORES | GREGG S. KAHN | ADAM S. PICINICH | MELISSA D. LANDAU |
| WILLIAM P. KRAUSS | ADAM J. KIPNIS | PETER A. SWIFT | KAREN D. PECK |
| MICHAEL J. NAUGHTON | MAXWELL L. BILLEK | ERIC T. EVANS | JOHN W. ROESER |
| JOSEPH A. GALLO | | GREGORY T. FOOTE | ROBERT GITELMAN |
| ROBERT A. BERNS | OF COUNSEL | JULIE VON BEVERN | STEPHANIE RUFFO |
| KURT W. KRAUSS | ROBERT C. NEFF, JR. | MICHAEL L. TRUCILLO | JILLIAN ACKERMANN |
| KELLY A. WATERS | JOHN P. O'TOOLE | MATHEW BRODERICK | |
| COLIN P. HACKETT | SUNA LEE | | |
| BRIAN J. WHITEMAN | CHRISTOPHER W. McCLANAHAN | | |
| SUSAN KARLOVICH | LINDA K. SMITH | | |
| MATTHEW S. MAHONEY | TANA BUCCA | | |

KEITH G. VON GLAHN (1952-2007)

www.wilsonelser.com

October 8, 2010

**VIA ELECTRONIC FILING**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Federal Bldg. & Courthouse
Room 6052
402 E. State Street
Trenton, New Jersey  08608

>    Re:    E. Allen Reeves, Inc. v. Michael Graves & Associates, Inc., et al
>           Civil Action No. 3:10-cv-1393-JAP-TJB
>           Our File No. 01593.00361

Dear Judge Bongiovanni:

At Your Honor's direction, on behalf of Third Party Defendant Fisher Marantz Stone, please be advised that we wish to proceed with the motion originally filed on September 8, 2010 under docket item number 45.  It is our understanding that it is not necessary for us to "refile" our September 8, 2010 filed motion papers, but rather the submittance of this correspondence is sufficient in that regard.  Should we be mistaken in this understanding, we would be happy to comply with the Court's further direction.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

s/Joanna Piorek
Joanna Piorek

JP/cz
cc:    Clerk, U.S. District Court (Via E-Filing)
       Counsel of Record (Via E-Filing)

1060238.1