01022-00355
**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002
856-414-6000
Attorney for Defendant, Michael Graves & Associates, Inc.
RECEIVED
OCT 12 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC.<br><br>Plaintiff<br><br>v.<br><br>MICHAEL GRAVES & ASSOCIATES, INC.<br><br>Defendant | CIVIL ACTION NO.<br>3:10-CV-01393-JAP-TJB<br><br><br><br><br><br><br><br><br>ORDER |
| MICHAEL GRAVES & ASSOCIATES, INC.<br><br>Counterclaimant,<br><br>E. ALLEN REEVES, INC.<br><br>Counterdefendant | |
| MICHAEL GRAVES & ASSOCIATES, INC.<br><br>Third Party Plaintiff,<br><br>DAVID CHOU & ASSOCIATES;<br>KELTER & GILLIGO CONSULTING ENGINEERS;<br>FISHER MARANTZ STONE, INC.;<br>THE ARTS COUNCIL OF PRINCETON;<br>SAL ARNONE;<br>JOHN DOES 1-50,<br><br>Third Party Defendants, | |

| | |
|---|---|
| ARTS COUNCIL OF PRINCETON | : |
| Counterclaimant, | : |
| v. | : |
| MICHAEL GRAVES & ASSOCIATES, INC. | : |
| Counterdefendant, | : |

THIS MATTER having come before the Court by a joint submission of Marshall, Dennehey, Warner, Coleman & Goggin, attorneys for Michael Graves & Associates, Inc. and Cohen, Seglias, Pallas, Greenhall & Furman, attorney for E. Allen Reeves, Inc., for an Order ; and the Court having reviewed to requests in support thereof and for good cause shown;

IT IS ON THIS __12__ day of __October__, 2010,

ORDERED that Michael Graves & Associates, Inc. may file an Amended Counterclaim against E. Allen Reeves, Inc., incorporating claims for indemnification and contribution in response to the counterclaims of the Third Party Defendants; and it is further

ORDERED that Michael Graves & Associates, Inc. may file an Amended Third Party Complaint to remove the third party claims against E. Allen Reeves, Inc.; and it is further

ORDERED that the filing date for the motions is adjourned to October 22, 2010 and made returnable on November 22, 2010; and it is further

ORDERED that a copy of this Order be served upon all counsel within __7__ days of the date hereof.

s/ Tonianne J. Bongiovanni

Tonianne J. Bongiovanni
United States Magistrate Judge