**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION    www.marshalldennehey.com

PENNSYLVANIA: Bethlehem, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton, Williamsport
NEW JERSEY: Cherry Hill, Roseland
DELAWARE: Wilmington
OHIO: Akron
FLORIDA: Ft. Lauderdale, Jacksonville, Orlando, Tampa
NEW YORK: New York

**200 Lake Drive East, Suite 300 · Cherry Hill, NJ 08002**
*(856) 414-6000 · Fax (856) 414-6077 Richard L. Goldstein, Resident Managing Attorney*

**Direct Dial: 856-414-6306**
**Email: rjmichaud@mdwcg.com**



October 14, 2010

Magistrate Tonianne J. Bongiovanni
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

     RE:    Arts Council of Princeton v. Michael Graves & Associates
           Our File No. 01022-00355-JHO
           Civil Action No. 3:10-CV-01393-JAP-TJB
           AAA No. 18 110 J 00612 10

Dear Magistrate Bongiovanni:

    This firm represents the interests of Michael Graves & Associates in the above-referenced matter. On October 14, 2010 Michael Graves & Associates inadvertently filed an Amended Counterclaim document #65 on the pacer system. I would ask that document #65 be removed from the docket. Please be advised that the correct Amended Counterclaim has been filed with the court and has been marked document #66.

    By copy of this letter I am advising all counsel of same.

    Thank you.

                                   Respectfully submitted,

                                   /s/ Raymond J. Michaud

                                   RAYMOND J. MICHAUD

RJM/kmd
cc: All counsel (via electronic filing)
06/1994172.v1