| MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN | | PENNSYLVANIA<br>Bethlehem<br>Doylestown<br>Erie<br>Harrisburg<br>King of Prussia<br>Philadelphia<br>Pittsburgh<br>Scranton<br>Williamsport<br>NEW JERSEY<br>Cherry Hill<br>Roseland | DELAWARE<br>Wilmington<br>OHIO<br>Akron<br>FLORIDA<br>Ft. Lauderdale<br>Jacksonville<br>Orlando<br>Tampa<br>NEW YORK<br>New York |
|---|---|---|---|
| A PROFESSIONAL CORPORATION | www.marshalldennehey.com | | |

**200 Lake Drive East, Suite 300 · Cherry Hill, NJ 08002**
*(856) 414-6000 · Fax (856) 414-6077 Richard L. Goldstein, Resident Managing Attorney*

**Direct Dial: 856-414-6306**
Email: rjmichaud@mdwcg.com



October 14, 2010

RECEIVED

OCT 18 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Magistrate Tonianne J. Bongiovanni
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

RE: Arts Council of Princeton v. Michael Graves & Associates
Our File No. 01022-00355-JHO
Civil Action No. 3:10-CV-01393-JAP-TJB
AAA No. 18 110 J 00612 10

Dear Magistrate Bongiovanni:

This firm represents the interests of Michael Graves & Associates in the above-referenced matter. On October 14, 2010 Michael Graves & Associates inadvertently filed an Amended Counterclaim document #65 on the pacer system. I would ask that document #65 be removed from the docket. Please be advised that the correct Amended Counterclaim has been filed with the court and has been marked document #66.

By copy of this letter I am advising all counsel of same.

Thank you.

So Ordered this __18__ day of __October__, 20_10_

Respectfully submitted,

/s/ Raymond J. Michaud

RAYMOND J. MICHAUD

[Docket Entry No 65 to be removed from docket as inadvertently filed by party]

RJM/kmd
cc: All counsel (via electronic filing)
06/1994172.v1