UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY - TRENTON

| | |
|---|---|
| E. ALLEN REEVES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL GRAVES & ASSOCIATES, <br><br> Defendant. <br><br> MICHAEL GRAVES & ASSOCIATES, INC., <br><br> Counterclaimant, <br><br> v. <br><br> EL ALLEN REEVES, INC. <br><br> Counterdefendant. <br><br> and <br><br> MICHAEL GRAVES & ASSOCIATES, <br><br> Third Party Plaintiff, <br><br> v. <br><br> DAVID CHOU & ASSOCIATES, KELTER & GILLIGO CONSULTING ENGINEERS; FISHER MARANTZ STONE, INC.; THE ARTS COUNCIL OF PRINCETON; SAL ARNONE; JOHN DOES 1-50, <br><br> Third Party Defendants. | CIVIL ACTION NO. 3:10-cv-01393-JAP-TJB <br><br><br> **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY** <br> **[Local Civil Rule 6.1(b)]** |

    Application is hereby made for a Clerk's Order extending time within which Third Party

Defendants Sal Arnone and The Arts Council of Princeton may answer, move or otherwise reply

to the Fourth Amended Third Party Complaint filed by Defendant/Counterclaimant/Third Party Plaintiff herein and it is represented that:

1. No previous extension has been obtained;
2. The Fourth Amended Third Party Complaint was filed on 10/14/2010 via the Court's Electronic Filing System; and
3. Time to Answer, Move or otherwise Reply expires on October 28, 2010.

>DALY, LAMASTRA & CUNNINGHAM
>3 Mountain View Road
>P O Box 1622
>Warren, NJ  07061
>(908) 903-5700
>Attorneys for Third Party Defendants
>Sal Arnone and The Arts Council of Princeton
>
>By: */s/ John E. Lamastra*
>        John E. Lamastra

## ORDER

The above application is ORDERED GRANTED extended to _____.

ORDER DATED: _____

>WILLIAM T. WALSH, Clerk
>
>By: _____
>        Deputy Clerk