# LAW OFFICES OF
# DALY, LAMASTRA & CUNNINGHAM

ELIZABETH A. DALY**
JOHN E. LAMASTRA•
WILLIAM P. CUNNINGHAM
JOSEPH F. SKINNER

*Of Counsel*
MARIE SEITZ*
JONATHAN E. HILL

*New York and New Jersey Bar
**New Jersey and Pennsylvania Bars
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

ATTORNEYS AT LAW
NOT A PARTNERSHIP OR PROFESSIONAL CORPORATION

3 MOUNTAIN VIEW ROAD
P O BOX 1622
WARREN, NJ 07061-9901

(908) 903-5700
FACSIMILE: (908) 903-5798

OLIVIER J. KIRMSER**
JOHN D. GULYAS
PETER K. BARBER
MICHAEL S. SCHWARTZ
DAVID L. BURNETT
M. ELIZABETH DUFFY*
ELLEN M. BOYLE*

October 20, 2010

RECEIVED
OCT 25 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

**VIA ELECTRONIC FILING**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson South Fisher Federal Bldg. & Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:  **E. Allen Reeves, Inc. v. Michael Graves & Associates, et al.,
Docket No. 3:10-cv-01393-JAP-TJB**

Dear Judge Bongiovanni:

At Your Honor's direction, on behalf of Third Party Defendant The Arts Council of Princeton, please be advised that we wish to proceed with the motion originally filed August 13, 2010 under Docket No. 32. It is our understanding that it is not necessary for us to "refile" our August 13, 2010 motion papers, but rather the submittance of this correspondence is sufficient in that regard. Should we be mistaken in this understanding, we would be happy to comply with the Court's further direction.

Respectfully submitted,
DALY, LAMASTRA & CUNNINGHAM

John E. Lamastra

JEL:tyj
cc: All Counsel of Record

So Ordered this 25th day of October, 2010