**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION     www.marshalldennehey.com

PENNSYLVANIA   DELAWARE
Bethlehem      Wilmington
Doylestown
Erie           OHIO
Harrisburg     Akron
King of Prussia
Philadelphia   FLORIDA
Pittsburgh     Ft. Lauderdale
Scranton       Jacksonville
Williamsport   Orlando
               Tampa
NEW JERSEY
Cherry Hill    NEW YORK
Roseland       New York

**200 Lake Drive East, Suite 300 · Cherry Hill, NJ 08002**
*(856) 414-6000 · Fax (856) 414-6077 Richard L. Goldstein, Resident Managing Attorney*

**Direct Dial: 856-414-6306**
**Email: rjmichaud@mdwcg.com**



November 1, 2010

Magistrate Tonianne J. Bongiovanni
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

  RE: Arts Council of Princeton v. Michael Graves & Associates
     Our File No. 01022-00355-JHO
     Civil Action No. 3:10-CV-01393-JAP-TJB

Dear Magistrate Bongiovanni:

 This firm represents the interests of Michael Graves & Associates in the above-referenced matter. Per the Courts instructions, Michael Graves & Associates would request that the opposition briefs previously filed in response to the E. Allen Reeves Motion to Dismiss the Graves Counterclaim and the Arts Council of Princeton Motion to Dismiss the Indemnification and Contribution claims of Graves be renewed as the opposition to these motions.

 By copy of this letter, I am advising all counsel of same.

 Thank you.

          Respectfully submitted,

          /s/ Raymond J. Michaud

          RAYMOND J. MICHAUD

RJM/kmd
cc: All counsel (via electronic filing)
06/2011050.v1