01022-00355
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002
856-414-6000
Attorney for Defendant, Michael Graves & Associates, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC.<br><br>Plaintiff<br><br>v.<br><br>MICHAEL GRAVES & ASSOCIATES, INC.<br><br>Defendant | : CIVIL ACTION NO.<br>: 3:10-CV-01393-JAP-TJB<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: ORDER |
| MICHAEL GRAVES & ASSOCIATES, INC.<br><br>Counterclaimant,<br><br>E. ALLEN REEVES, INC.<br><br>Counterdefendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| MICHAEL GRAVES & ASSOCIATES, INC.<br><br>Third Party Plaintiff,<br><br>DAVID CHOU & ASSOCIATES;<br>KELTER & GILLIGO CONSULTING ENGINEERS;<br>FISHER MARANTZ STONE, INC.;<br>THE ARTS COUNCIL OF PRINCETON;<br>SAL ARNONE;<br>JOHN DOES 1-50,<br><br>Third Party Defendants, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

RECEIVED
NOV - 1 2010
AT 8:30
WILLIAM T. WALSH  M
CLERK

| | |
|---|---|
| ARTS COUNCIL OF PRINCETON | : |
| Counterclaimant, | : |
| v. | : |
| MICHAEL GRAVES & ASSOCIATES, INC. | : |
| Counterdefendant, | : |

THIS MATTER having come before the Court by a joint submission of Marshall, Dennehey, Warner, Coleman & Goggin, attorneys for Michael Graves & Associates, Inc. and Daly, Lamastra, & Cunningham attorney for Sal Arnone, for an Order ; and the Court having reviewed to requests in support thereof and for good cause shown;

IT IS ON THIS ___1___ day of ___November___, 2010,

ORDERED that Michael Graves & Associates, Inc. may file an Amended Third Party Complaint to amend the allegations raised against the interests of Sal Arnone; and it is further

ORDERED that a copy of this Order be served upon all counsel within ___7___ days of the date hereof.

s/ Tonianne J. Bongiovanni

Tonianne J. Bongiovanni
United States Magistrate Judge

**ORDER ON ORAL MOTION**