# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

33 Washington Street, Newark, NJ 07102-3017
Tel: 973.624.0800   Fax: 973.624.0808

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Limited Liability Partnership of NY*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

JAMES CRAWFORD ORR
WILLIAM J. RUNA
THOMAS F. QUINN
BARBARA HOPKINSON KELLY
CAROLYN F. O'CONNOR
KENNETH M. BROWN
DANIEL F. FLORES
WILLIAM P. KRAUSS
MICHAEL J. NAUGHTON
JOSEPH A. GALLO
ROBERT A. BERNS
KURT W. KRAUSS
KELLY A. WATERS
COLIN P. HACKETT
BRIAN J. WHITEMAN
SUSAN KARLOVICH
MATTHEW S. MAHONEY

KEVIN C. DONOVAN
JAMES S. REHBERGER
JOSEPH T. HANLON
ROBERT LESKO
RENEE J. SHERMAN
ROBERT T. GUNNING
GREGG S. KAHN
ADAM J. KIPNIS
MAXWELL L. BILLEK

OF COUNSEL
ROBERT C. NEFF, JR.
JOHN P. O'TOOLE
SUNA LEE
CHRISTOPHER W. McCLANAHAN
LINDA K. SMITH
TANA BUCCA

www.wilsonelser.com

JOANNA PIOREK
KURT H. DZUGAY
GINA CALABRIA
JOHN W. WILLIAMS
SHAUN S. McGREGOR
KIM M. CONNOR
ADAM S. PICINICH
PETER A. SWIFT
ERIC T. EVANS
GREGORY T. FOOTE
JULIE VON BEVERN
MICHAEL L. TRUCILLO
MATHEW BRODERICK

BRUCE W. MCCOY, JR.
MICHAEL L. SOLOMON
DANIEL E. ZEMSKY
C. TY NGUYEN
JESSICA BRENNAN
KATHERINE POTTER
MELISSA D. LANDAU
KAREN D. PECK
JOHN W. ROESER
ROBERT GITELMAN
STEPHANIE RUFFO
JILLIAN ACKERMANN

KEITH G. VON GLAHN (1952-2007)

November 3, 2010

## **VIA ELECTRONIC FILING**

Hon. Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Bldg. & Courthouse
Room 341
402 E. State Street
Trenton, New Jersey  08608

      Re:    E. Allen Reeves, Inc. v. Michael Graves & Associates, Inc., et al
             Civil Action No. 3:10-cv-1393-JAP-TJB
             **Our File No. 01593.00361**

Dear Judge Pisano:

On behalf of Third Party Defendant Fisher Marantz Stone, and with the consent of our adversary, Michael Graves & Associates, we submit this correspondence as a request to adjourn our Motion to Dismiss the Third Party Complaint (Docket Entry No. 45) from November 15, 2010 until November 30, 2010l.

Should the Court have any questions or require further information, we would be happy to supply same. We thank the Court for its courtesies in this regard.

             Respectfully submitted,

             WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

             s/ Joanna Piorek
             Joanna Piorek

JP/cz
cc:    Hon. Tonianne J. Bongiovanni, U.S.M.J.
        Counsel of Record (Via E-Filing)

1072065.1