# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
A PROFESSIONAL CORPORATION       www.marshalldennehey.com

PENNSYLVANIA — Bethlehem, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton, Williamsport
NEW JERSEY — Cherry Hill, Roseland
DELAWARE — Wilmington
OHIO — Akron
FLORIDA — Ft. Lauderdale, Jacksonville, Orlando, Tampa
NEW YORK — New York

**200 Lake Drive East, Suite 300 · Cherry Hill, NJ 08002**
*(856) 414-6000 · Fax (856) 414-6077 Richard L. Goldstein, Resident Managing Attorney*

**Direct Dial: 856-414-6306**
**Email: rjmichaud@mdwcg.com**



November 1, 2010

Magistrate Tonianne J. Bongiovanni
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

RECEIVED

NOV - 4 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

  RE: Arts Council of Princeton v. Michael Graves & Associates
    Our File No. 01022-00355-JHO
    Civil Action No. 3:10-CV-01393-JAP-TJB

Dear Magistrate Bongiovanni:

  This firm represents the interests of Michael Graves & Associates in the above-referenced matter. Per the Courts instructions, Michael Graves & Associates would request that the opposition briefs previously filed in response to the E. Allen Reeves Motion to Dismiss the Graves Counterclaim and the Arts Council of Princeton Motion to Dismiss the Indemnification and Contribution claims of Graves be renewed as the opposition to these motions.

  By copy of this letter, I am advising all counsel of same.

  Thank you.

            Respectfully submitted,

            /s/ Raymond J. Michaud

            RAYMOND J. MICHAUD

RJM/kmd
cc: All counsel (via electronic filing)
06/2011050.v1

So Ordered this 3 day of November, 20 10