**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION    www.marshalldennehey.com

PENNSYLVANIA: Bethlehem, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton, Williamsport
NEW JERSEY: Cherry Hill, Roseland
DELAWARE: Wilmington
OHIO: Akron
FLORIDA: Ft. Lauderdale, Jacksonville, Orlando, Tampa
NEW YORK: New York

**200 Lake Drive East, Suite 300 · Cherry Hill, NJ 08002**
*(856) 414-6000 · Fax (856) 414-6077 Richard L. Goldstein, Resident Managing Attorney*



**Direct Dial: 856-414-6306**
**Email: rjmichaud@mdwcg.com**

November 11, 2010

Honorable Joel A. Pisano, U.S.D.J.
U.S. District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

    RE:    Arts Council of Princeton v. Michael Graves & Associates
              Our File No. 01022-00355-JHO
              Civil Action No. 3:10-CV-01393-JAP-TJB
              AAA No. 18 110 J 00612 10

Dear Judge Pisano:

      This firm represents the interests of Michael Graves & Associates in the above-referenced matter. Presently before the Court is the Arts Council of Princeton's Motion to Dismiss Counts I and II of the First Amended Complaint, originally filed on August 13, 2010 and resubmitted on October 20, 2010. This motion is presently returnable on December 6, 2010.

      Michael Graves & Associates is requesting that its opposition to the Arts Council's motion be withdrawn, as the Arts Council has expanded the scope of the motion in its November 10, 2010 Supplement. Michael Graves & Associates will re-file it opposition to incorporate the additional issues presented by the Arts Council.

                                       Respectfully submitted,

                                       /s/ Raymond J. Michaud

                                       RAYMOND J. MICHAUD

RJM/kmd
cc: All counsel (via electronic filing)
06/2021642.v1