**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION       www.marshalldennehey.com

**PENNSYLVANIA**
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

**NEW JERSEY**
Cherry Hill
Roseland

**DELAWARE**
Wilmington

**OHIO**
Akron

**FLORIDA**
Ft. Lauderdale
Jacksonville
Orlando
Tampa

**NEW YORK**
New York

**200 Lake Drive East, Suite 300 · Cherry Hill, NJ 08002**
*(856) 414-6000 · Fax (856) 414-6077 Richard L. Goldstein, Resident Managing Attorney*



**Direct Dial: 856-414-6306**
**Email: rjmichaud@mdwcg.com**

November 17, 2010

Magistrate Tonianne J. Bongiovanni
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

    RE:    Arts Council of Princeton v. Michael Graves & Associates
             Our File No. 01022-00355-JHO
             Civil Action No. 3:10-CV-01393-JAP-TJB
             AAA No. 18 110 J 00612 10

Dear Magistrate Bongiovanni:

      This firm represents the interests of Michael Graves & Associates in the above-referenced matter. Michael Graves & Associates is requesting that the pending motions of E. Allen Reeves and the Arts Council of Princeton be carried one cycle to December 20, 2010. Presently these motions are returnable on December 6, 2010. Counsel for E. Allen Reeves and the Arts Council of Princeton have consented to this request.

      By copy of this letter I am advising all counsel of same.

      Thank you.

                                            Respectfully submitted,

                                            /s/ Raymond J. Michaud

                                            RAYMOND J. MICHAUD

RJM/kmd
cc:  All counsel (via electronic filing)
06/2026991.v1