# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

A PROFESSIONAL CORPORATION    www.marshalldennehey.com

PENNSYLVANIA — Bethlehem, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton, Williamsport
NEW JERSEY — Cherry Hill, Roseland
DELAWARE — Wilmington
OHIO — Akron
FLORIDA — Ft. Lauderdale, Jacksonville, Orlando, Tampa
NEW YORK — New York

**200 Lake Drive East, Suite 300 · Cherry Hill, NJ 08002**
*(856) 414-6000 · Fax (856) 414-6077  Richard L. Goldstein, Resident Managing Attorney*

**Direct Dial: 856-414-6306**
**Email: rjmichaud@mdwcg.com**

November 17, 2010

RECEIVED
NOV 18 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Magistrate Tonianne J. Bongiovanni
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

    RE:  Arts Council of Princeton v. Michael Graves & Associates
           Our File No. 01022-00355-JHO
           Civil Action No. 3:10-CV-01393-JAP-TJB
           AAA No. 18 110 J 00612 10

Dear Magistrate Bongiovanni:

    This firm represents the interests of Michael Graves & Associates in the above-referenced matter. Michael Graves & Associates is requesting that the pending motions of E. Allen Reeves and the Arts Council of Princeton be carried one cycle to December 20, 2010. Presently these motions are returnable on December 6, 2010. Counsel for E. Allen Reeves and the Arts Council of Princeton have consented to this request.

    By copy of this letter I am advising all counsel of same.

    Thank you.

               Respectfully submitted,

               /s/ Raymond J. Michaud

               RAYMOND J. MICHAUD

RJM/kmd
cc: All counsel (via electronic filing)
06/2026991.v1

So Ordered this _18_ day of _November_, 20_10_