**COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC**

John J. Graham, Jr.
Attorney At Law

United Plaza, 19th Floor
30 South 17th Street
Philadelphia, PA 19103
T: 215.564.1700 | F: 267.238.4445
jgraham@cohenseglias.com
www.cohenseglias.com

December 13, 2010

**VIA FACSIMILE (856)414-6306**
Raymond J. Michaud, Esquire
MARSHALL DENNEHEY WARNER COLEMAN
  & GOGGIN
200 Lake Drive East
Suite 300
Cherry Hill, NJ 08002

**VIA FACSIMILE (908)903-5798**
John E. Lamastra, Esquire
DALY, LAMASTRA & CUNNINGHAM
3 Mountain View Road
P.O. Box 1622
Warren, NJ 07061

**VIA FACSIMILE (856)616-9118**
Kevin M. Bothwell, Esquire
THOMPSON, BECKER & BOTHWELL, LLC
Woodcrest Pavilion, Suite 210
10 Melrose Avenue
Cherry Hill, NJ 08003

**VIA FACSIMILE (973)624-0799**
Joanna Piorek, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN
  & DICKER, LLP
33 Washington Street
Newark, NJ 07102

**VIA FACSIMILE (856)663-6566**
Michael S. Soule, Esquire
O'CONNOR KIMBALL, LLP
51 Haddonfield Road
Suite 330
Cherry Hill, NJ 08002-4805

RECEIVED

DEC 14 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re:   E. Allen Reeves, Inc. v. Michael Graves & Associates, Inc.
      USDC of New Jersey; Civil Action No.: 3:10-cv-01393
      Our File No: 02618-0006

Dear Counsel:

All Counsel
12/13/2010
Page 2

In follow up to the December 10, 2010 telephone conference in the above-captioned matter, I am writing to confirm that this office will organize and initiate the Status Call with Judge Bongiovanni, which has been scheduled for February 9, 2011 at 3:00 p.m.

Should you have any questions or comments with respect to the foregoing, please do not hesitate to contact me.

Very truly yours,

JOHN J. GRAHAM, JR.

JJG/pr

cc:   Honorable Tonianne J. Bongiovanni (via facsimile – 609-989-0435)

So Ordered this __13__ day of __December__, 20_10_

**ORDER ON ORAL MOTION**