Law Offices
## O'CONNOR KIMBALL LLP

Stephen E. Siegrist
New Jersey Managing Partner

51 Haddonfield Road
Suite 330
Cherry Hill, NJ 08002-4805
(856) 663-9292
FAX (856) 663-6566
Web site: www.oconnorkimball.com
E-Mail: msoule@okllp.com

PENNSYLVANIA OFFICE
Two Penn Center Plaza
Suite 1100
Philadelphia, PA 19102
(215) 564-0400
FAX (215) 564-1973

Michael S. Soule

December 13, 2010

RECEIVED
DEC 14 2010
AT 8:30
WILLIAM T. WALSH
CLERK

*Via Facsimile (609) 989-0435*
Honorable Tonianne J. Bongiovanni, U.S.M.J
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, Room 6052
Trenton, NJ 08608

RE: E. Allen Reeves, Inc., v. Michael Graves & Asssociates, Inc., et al
Civil Action No: 3:10-cv-1393-JAP-TJB

Dear Judge Bongiovanni:

At Your Honor's request, we are writing to confirm that Your Honor has extended the deadline for the completion of paper discovery from December 31, 2010 to January 31, 2011.

Respectfully,

O'CONNOR KIMBALL LLP

MICHAEL S. SOULE

MSS/mb
cc: via e-mail to all counsel on attached counsel list

So Ordered this _13_ day
of _December_, 20_10_

**ORDER ON ORAL MOTION**