IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC.<br>   *Plaintiff*<br>  v.<br>MICHAEL GRAVES & ASSOCIATES, INC.<br>   *Defendant*<br><br>MICHAEL GRAVES & ASSOCIATES, INC.<br>   *Counterclaimant,*<br>  v.<br>E. ALLEN REEVES, INC.<br>   *Counterdefendant*<br><br>MICHAEL GRAVES & ASSOCIATES, INC.<br>   *Third Party Plaintiff,*<br>  v.<br>DAVID CHOU & ASSOCIATES;<br>KELTER & GILLIGO CONSULTING ENGINEERS;<br>FISHER MARANTZ STONE, INC.;<br>THE ARTS COUNCIL OF PRINCETON;<br>SAL ARNONE;<br>JOHN DOES 1-50,<br>   *Third Party Defendants,* | : CIVIL ACTION NO.<br>: 3:10-CV-01393-JAP-TJB<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MICHAEL GRAVES & ASSOCIATES, INC.'S NOTICE OF MOTION TO DISMISS THE COUNTERCLAIM OF THE ARTS COUNCIL OF PRINCETON PURSUANT TO <u>N.J.S.A.</u> §2A:53A-29**

TO:    John J. Graham, Esquire
        Cohen, Seglias, Pallas, Greenhall & Furman
        United Plaza, 19th Floor
        30 South 17th Street
        Philadelphia, PA  19103
        Counsel for E. Allen Reeves, Inc.
        Counsel for the Arts Council of Princeton on the Counterclaim

        John E. Lamastra, Esquire
        Daly, Lamastra & Cunningham
        3 Mountain View Road
        P.O. Box 1622
        Warren, N.J. 07061

    Counsel for the Arts Council of Princeton

    Michael S. Soule, Esquire
    O'Connor & Kimball
    51 Haddonfield Road, Suite 330
    Cherry Hill, NJ  08002

    Joanne Piorek, Esquire
    Wilson, Elser, Moskowitz, Edelman &  Dicker, LLP
    33 Washington Street
    Newark, NJ  07102

    Kevin M. Bothwell, Esq.
    Thompson Becker & Bothwell, LLC
    10 Melrose Ave.
    Suite 210
    Cherry Hill, NJ 08003

  **PLEASE TAKE NOTICE** that on February 7, 2011, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned, attorney for the Defendant/Third Party Plaintiff, Michael Graves & Associates, Inc. will move before the above-mentioned court at the U.S. District Court of New Jersey, in Trenton, New Jersey, for an Order to Dismiss the Third Party Defendant's, the Arts Council of Princeton's Counterclaim against Michael Graves & Associates, Inc., with Prejudice.

  Movant will rely upon the attached Certification, Brief, and Exhibits in support of this Motion.

  Movant has annexed a proposed form of Order.

            MARSHALL, DENNEHEY, WARNER,
            COLEMAN & GOGGIN

            By: **/s/ Raymond J. Michaud**
              RAYMOND J. MICHAUD, ESQ.
              Attorney for Defendant/Third Party Plaintiff
              Michael Graves & Associates

DATE:  December 30, 2010
06/2064684.v1