IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC.<br>    *Plaintiff*<br>  v.<br>MICHAEL GRAVES & ASSOCIATES, INC.<br>    *Defendant*<br><br>MICHAEL GRAVES & ASSOCIATES, INC.<br>    *Counterclaimant,*<br>  v.<br>E. ALLEN REEVES, INC.<br>    *Counterdefendant*<br><br>MICHAEL GRAVES & ASSOCIATES, INC.<br>    *Third Party Plaintiff,*<br>  v.<br>DAVID CHOU & ASSOCIATES;<br>KELTER & GILLIGO CONSULTING ENGINEERS;<br>FISHER MARANTZ STONE, INC.;<br>THE ARTS COUNCIL OF PRINCETON;<br>SAL ARNONE;<br>JOHN DOES 1-50,<br>    *Third Party Defendants,* | : CIVIL ACTION NO.<br>: 3:10-CV-01393-JAP-TJB<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

### DISMISSING THE COUNTERCLAIM OF THE ARTS COUNCIL OF PRINCETON PURSUANT TO <u>N.J.S.A.</u> §2A:53A-29

This matter being opened to the Court upon the application of Raymond J. Michaud, Esquire, of the law firm of Marshall, Dennehey, Warner, Coleman & Goggin, counsel for Michael Graves & Associates, Inc., on motion to dismiss the Counterclaim of the Arts Council of Princeton, pursuant to <u>N.J.S.A.</u> §2A:53A-29, and the Court having read and considered the moving papers and any papers submitted in opposition thereto, and good cause having been shown;

It is on this _____ day of _____ 2011,

**ORDERED** that Summary Judgment in favor of Michael Graves & Associates, Inc. is GRANTED, and the Arts Council of Princeton's Counterclaim against Michael Graves & Associates, Inc. is dismissed with prejudice and without costs.

**IT IS FURTHER ORDERED** a copy of this Order shall be served upon all counsel within _____ days of the date of this Order.

_____

_____ Opposed

_____ Unopposed

06/2064731.v1