# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC. <br>    *Plaintiff* <br>   v. <br> MICHAEL GRAVES & ASSOCIATES, INC. <br>    *Defendant* <br><br> MICHAEL GRAVES & ASSOCIATES, INC. <br>    *Counterclaimant,* <br>   v. <br> E. ALLEN REEVES, INC. <br>    *Counterdefendant* <br><br> MICHAEL GRAVES & ASSOCIATES, INC. <br>    *Third Party Plaintiff,* <br>   v. <br> DAVID CHOU & ASSOCIATES; <br> KELTER & GILLIGO CONSULTING ENGINEERS; <br> FISHER MARANTZ STONE, INC.; <br> THE ARTS COUNCIL OF PRINCETON; <br> SAL ARNONE; <br> JOHN DOES 1-50, <br>    *Third Party Defendants,* | : CIVIL ACTION NO. <br> : 3:10-CV-01393-JAP-TJB <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## CERTIFICATE OF FILING AND SERVICE

The within Notice of Motion to Dismiss the Third Party Defendant's/Counterclaimants, the Arts Council of Princeton, Counterclaim against Michael graves & Associates, Inc., with Prejudice, Brief in Support of Notice of Motion to Dismiss and Order by Defendant/Third Party Plaintiff, Michael Graves & Associates, has been filed via electronic filing this date with the Clerk of the Court, United States District Court for the District of New Jersey, Trenton Vicinage.

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN

By: **/s/ Raymond J. Michaud**
     RAYMOND J. MICHAUD, ESQ.
     Attorney for Defendant/Third Party Plaintiff
     Michael Graves & Associates

DATE:  December 30, 2010

### *PROOF OF SERVICE*

On December 30, 2010, I, the undersigned, served the following parties via electronic filing to:

    John J. Graham, Esquire
    Cohen, Seglias, Pallas, Greenhall & Furman
    United Plaza, 19th Floor
    30 South 17th Street
    Philadelphia, PA  19103
    Counsel for E. Allen Reeves, Inc.
    Counsel for the Arts Council of Princeton on the Counterclaim

    John E. Lamastra, Esquire
    Daly, Lamastra & Cunningham
    3 Mountain View Road
    P.O. Box 1622
    Warren, N.J. 07061
    Counsel for the Arts Council of Princeton

    Michael S. Soule, Esquire
    O'Connor & Kimball
    51 Haddonfield Road, Suite 330
    Cherry Hill, NJ  08002

    Joanne Piorek, Esquire
    Wilson, Elser, Moskowitz, Edelman &  Dicker, LLP
    33 Washington Street
    Newark, NJ  07102

    Kevin M. Bothwell, Esq.
    Thompson Becker & Bothwell, LLC
    10 Melrose Ave.

Suite 210
Cherry Hill, NJ 08003

the following document:

*Notice of Motion to Dismiss, Brief in Support of Notice of Motion to Dismiss, Exhibits and Order*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN

By:  **/s/ Raymond J. Michaud**
     RAYMOND J. MICHAUD, ESQ.
     Attorney for Defendant/Third Party Plaintiff
     Michael Graves & Associates

DATE:  December 30, 2010
06/2064727.v1