

**COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC**

John J. Graham, Jr.
Attorney At Law

United Plaza, 19th Floor
30 South 17th Street
Philadelphia, PA 19103

T: 215.564.1700 | F: 267.238.4445
jgraham@cohenseglias.com
www.cohenseglias.com

February 22, 2011

**VIA FACSIMILE (856)414-6007**
Raymond J. Michaud, Esquire
MARSHALL DENNEHEY WARNER COLEMAN
 & GOGGIN
200 Lake Drive East
Suite 300
Cherry Hill, NJ 08002

**VIA FACSIMILE (908)903-5798**
John E. Lamastra, Esquire
DALY, LAMASTRA & CUNNINGHAM
3 Mountain View Road
P.O. Box 1622
Warren, NJ 07061

**VIA FACSIMILE (856)616-9118**
Kevin M. Bothwell, Esquire
THOMPSON, BECKER & BOTHWELL, LLC
Woodcrest Pavilion, Suite 210
10 Melrose Avenue
Cherry Hill, NJ 08003

**VIA FACSIMILE (973)624-0799**
Joanna Piorek, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN
 & DICKER, LLP
33 Washington Street
Newark, NJ 07102

**VIA FACSIMILE (856)663-6566**
Michael S. Soule, Esquire
O'CONNOR KIMBALL, LLP
51 Haddonfield Road
Suite 330
Cherry Hill, NJ 08002-4805

Re: E. Allen Reeves, Inc. v. Michael Graves & Associates, Inc.
 USDC of New Jersey; Civil Action No.: 3:10-cv-01393
 Our File No: 02618-0006

Dear Counsel:

RECEIVED
FEB 22 2011
AT 8:30_____M
WILLIAM T WALSH
CLERK

All Counsel
2/22/2011
Page 2

In follow up to the February 9, 2011 telephone conference in the above-captioned matter, I am writing to confirm that this office will organize and provide the Call-In information for the next Status Call with Judge Bongiovanni scheduled for April 18, 2011 at 3:00 p.m.

Should you have any questions or comments with respect to the foregoing, please do not hesitate to contact me.

Very truly yours,

*[signature]*

JOHN J. GRAHAM, JR.

JJG/pr

cc:   Honorable Tonianne J. Bongiovanni (via facsimile – 609-989-0435)

So Ordered this 22 day of February, 2011

*[signature: Bongiovanni]*