UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL GRAVES & ASSOCIATES, INC., <br><br> Defendant. | Civil Action No. 10-1393 (JAP) <br><br> ORDER OF DESIGNATION FOR MEDIATION |

IT IS on this 26th day of May, 2011,

ORDERED THAT:

1. This civil action be, and hereby is, referred to mediation.

2. Counsel and the parties shall participate in mediation and shall cooperate with the mediator, the Honorable James D. Clyne.

3. Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by the mediator.

4. The mediator may meet with counsel and parties jointly or *ex parte*. All information presented to the mediator shall be deemed confidential and shall be disclosed by the mediator only upon consent of counsel, except as necessary to advise the Court of an apparent failure to participate. The mediator shall not be subject to subpoena by any party. No statements made or documents prepared for mediation sessions shall be disclosed in any subsequent proceeding or be constructed as an admission against interests.

5. All proceedings in this civil action are hereby stayed except for discovery as agreed to by the mediator and counsel.

7. The parties shall notify the Court immediately in writing after the mediation has concluded with a written status update regarding the status of mediation.

8. The Clerk of the Court is directed to terminate the pending motions [Docket Entry Nos. 32, 45, 71, 83, and 99] pending the outcome of mediation.

s/Tonianne J. Bongiovanni
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**