# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

200 Campus Drive, Florham Park, New Jersey  07932-0668   Tel: 973.624.0800   Fax: 973.624.0808
One Gateway Center, Suite 2600, Newark, New Jersey  07102

*Albany ● Baltimore ● Boston ● Chicago ● Dallas ● Denver ● Garden City ● Houston ● Las Vegas ● London ● Los Angeles ● Louisville ● McLean
Miami ● New Jersey ● New York ● Orlando ● Philadelphia ● San Diego ● San Francisco ● Stamford ● Washington, DC ● West Palm Beach ● White Plains
Limited Liability Partnership of NY
Affiliates:  Berlin ● Cologne ● Frankfurt ● Mexico City ● Munich ● Paris*

JAMES CRAWFORD ORR          JOSEPH T. HANLON
WILLIAM J. RIINA            ROBERT LESKO
THOMAS F. QUINN             RENEE J. SHERMAN
BARBARA HOPKINSON KELLY     ROBERT T. GUNNING
CAROLYN F. O'CONNOR         GREGG S. KAHN
KENNETH M. BROWN            MAXWELL L. BILLEK
DANIEL F. FLORES            JOANNA PIOREK
KURT W. KRAUSS
MICHAEL J. NAUGHTON         OF COUNSEL
JOSEPH A. GALLO             ROBERT C. NEFF, JR.
ROBERT A. BERNS             JOHN P. O'TOOLE
KELLY A. WATERS             SUNA LEE
BRIAN J. WHITEMAN           CHRISTOPHER W. McCLANAHAN
SUSAN KARLOVICH             LINDA K. SMITH
MATTHEW S. MAHONEY          TANA BUCCA
KEVIN C. DONOVAN            PAUL E. PARAY
JAMES S. REHBERGER          KIM M. CONNOR

KEITH G. VON GLAHN (1952-2007)

KURT H. DZUGAY        JOHN W. ROESER
GINA CALABRIA         STEPHANIE RUFFO
JOHN W. WILLIAMS      JILLIAN ACKERMANN
SHAUN S. McGREGOR     LOUIS PERAGGINE
PETER A. SWIFT        ANDREW F. BAIN
ERIC T. EVANS         BRENDAN P. MCCARTHY
GREGORY T. FOOTE      CHARLES KELLETT
JULIE VON BEVERN      PAUL J. MILLER
BRUCE W. MCCOY, JR.   ANTHONY RAPA
DANIEL E. ZEMSKY      AMEE SAMPAT
C. TY NGUYEN          ANTHONY J. DRAGONE
JESSICA BRENNAN       EMILY WEISSLITZ
MELISSA D. LANDAU     JOBIL P. CYRIAC
KAREN D. PECK

www.wilsonelser.com

October 28, 2011

**VIA ECF FILING**

Clerk of the Court
United Stated District Court - District of New Jersey
M.L. King Jr., Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    **E. Allen Reeves, Inc. v. Michael Graves & Associates, Inc., et al.**
            **3:10-cv-01393-JAP – TJB**
            **Our File No.         :         01593.00361**

Dear Sir/Madam:

    Please be advised that we represent Third Party Defendant Fisher Marantz Stone, Inc.

    By virtue of the fact a Stipulation of Dismissal has been executed and filed on this day dismissing the claims against Fisher Marantz Stone, Inc., without prejudice, Fisher Marantz Stone, Inc., thus seeks to withdraw their motion to dismiss the third party complaint.

                Respectfully submitted,

                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                s/ Joanna Piorek

                Joanna Piorek

JP/cz
Enc.
cc:    All Counsel of Record (Via ECF)

1277750.1