WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Joanna Piorek
200 Campus Drive
Florham Park, New Jersey 07932
Tel: (973) 624-0800 Fax: (973) 624-0808
Attorneys for Third Party Defendant Fisher Marantz Stone, Inc.

RECEIVED
NOV - 1 2011
AT 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC., <br><br> Plaintiff, <br> v. <br><br> MICHAEL GRAVES & ASSOCIATES, INC. <br><br> Defendant. | Civil Action No. <br> 3:10-CV-01393-JAP-TJB <br><br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| MICHAEL GRAVES & ASSOCIATES, INC. <br><br> Counterclaimant, <br> v. <br><br> E. ALLEN REEVES, INC. <br><br> Counterdefendant | **FILED ELECTRONICALLY** |
| MICHAEL GRAVES & ASSOCIATES, INC. <br><br> Third Party Plaintiff, <br> v. <br><br> DAVID CHOU & ASSOCIATES; KELTER & GILLIGO CONSULTING ENGINEERS; FISHER MARANTZ STONE, INC.; THE ARTS COUNCIL OF PRINCETON; SAL ARNONE; JOHN DOES 1-50, <br><br> Third Party Defendants | |

The matter in the entitled action having been amicably adjusted by and between the attorneys for Third Party Plaintiffs Michael Graves & Associates, Inc. and attorneys for Third Party Defendant Fisher Marantz Stone, Inc., it is hereby stipulated and agreed

1276284.1

that any and all claims asserted against Fisher Marantz Stone, Inc. are hereby dismissed without prejudice and without costs and/or attorneys' fees.

| | |
|---|---|
| **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** <br> Attorneys for Third Party Plaintiffs <br> Michael Graves & Associates, Inc. | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** <br> Attorneys for Third Party Defendant Fisher Marantz Stone, Inc. |
| By: _____ <br> RAYMOND J. MICHAUD, III, Esq. | By: _____ <br> Joanna Piorek, Esq. |
| Dated: 27 OCT 11 | Dated: 10/27/11 |

1276284.1