<table>
<tr><td></td><td>Law Offices<br>**O'CONNOR KIMBALL LLP**</td><td></td></tr>
<tr><td>Stephen E. Siegrist<br>New Jersey Managing Partner</td><td>51 Haddonfield Road<br>Suite 330<br>Cherry Hill, NJ 08002-4805<br>(856) 663-9292<br>FAX (856) 663-6566<br>Web site: www.oconnorkimball.com<br>E-Mail: msoule@okllp.com</td><td>PENNSYLVANIA OFFICE<br>Two Penn Center Plaza<br>Suite 1100<br>Philadelphia, PA 19102<br>(215) 564-0400<br>FAX (215) 564-1973</td></tr>
</table>

Michael S. Soule

January 20, 2012

Honorable Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Building & U.S.Courthouse
402 East State Street, Room 6052
Trenton, NJ   08608

    RE:   E. Allen Reeves, Inc., v. Michael Graves & Asssociates, Inc., et al
            Civil Action No:   3:10-cv-1393-JAP-TJB
            Our File No. 991-9147

Dear Judge Pisano:

     We represent Third-Party Defendant, David Chou & Associates in the above-referenced matter.   We acknowledge receipt of the Court's Notice of a status conference set for February 1, 2012 before Your Honor in Courtroom 1 at the Federal Courthouse in Trenton, New Jersey.   We confirm our attendance at the status conference.

                                            Respectfully,

                                            O'CONNOR KIMBALL LLP

                                            /s/MICHAEL S. SOULE
                                            MICHAEL S. SOULE

MSS:lac