## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC. <br>                  Plaintiff, <br>      v. <br> MICHAEL GRAVES & ASSOCIATES, INC. <br>                  Defendant. | **CIVIL ACTION** <br><br> **NO: 3:10-CV-01393-JAP-TJB** <br><br> **JURY TRIAL DEMANDED** |
| MICHAEL GRAVES & ASSOCIATES, INC. <br>                  Counterclaimant, <br>      v. <br> E. ALLEN REEVES, INC. <br>                  Counterdefendant. | |
| MICHAEL GRAVES & ASSOCIATES, INC. <br>                  Third Party Plaintiff, <br>      v. <br> DAVID CHOU & ASSOCIATES; KELTER & GILLIGO CONSULTING ENGINEERS; FISHER MARANTZ STONE, INC.; THE ARTS COUNCIL OF PRINCETON; SAL ARNONE; JOHN DOES 1-50, <br>                  Third Party Defendants. | |

## ENTRY OF APPEARANCE

Please enter the appearance of Jason A. Copley, Esquire for Plaintiff E. Allen Reeves, Inc. in the above-captioned matter.

Dated:  January 27, 2012

**COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN**

By:     */s/  Jason A. Copley*
        JASON A. COPLEY
        Attorney for E. Allen Reeves, Inc.
    **COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN**

## CERTIFICATE OF SERVICE

I, Wendy R. Bennett., Esquire hereby certify that on January 27, 2012, the foregoing document was filed electronically with the Clerk of the Court using the ECF system.  This document is available for reviewing and downloading from the ECF system.  I also certify that, on this date, the foregoing was served by ECF upon the following:

John H. Osorio, Esquire
Raymond J. Michaud, Esquire
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002

John E. Lamastra, Esquire
DALY LAMASTRA & CUNNINGHAM
3 Mountain View Road
P.O. Box 1622
Warren, NJ  07061

Kevin M. Bothwell, Esquire
THOMPSON, BECKER & BOTHWELL, LLC
10 Melrose Avenue
Woodcrest Pavilion
Suite 100
Cherry Hill, NJ 08003

Joanna P. Piorek, Esquire
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
33 Washington Street
Newark, NJ 07102

Glen D. Kimball, Esquire
Michael S. Soule, Esquire
O'CONNOR KIMBALL, LLP
51 Haddonfield Road, Suite 330
Cherry Hill, NJ 08002

By: /s/   Wendy R. Bennett