**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A  PROFESSIONAL  CORPORATION   www.marshalldennehey.com

A DEFENSE LITIGATION FIRM

PENNSYLVANIA — Bethlehem, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton, Williamsport
DELAWARE — Wilmington
OHIO — Cleveland
FLORIDA — Ft. Lauderdale, Jacksonville, Orlando, Tampa
NEW JERSEY — Cherry Hill, Roseland
NEW YORK — New York



**200 Lake Drive East, Suite 300 · Cherry Hill, NJ 08002**
*(856) 414-6000 · Fax (856) 414-6077 Richard L. Goldstein, Resident Managing Attorney*

**Direct Dial: 856-414-6306**
**Email: rjmichaud@mdwcg.com**

February 7, 2012

Honorable Joel A. Pisano, U.S.D.J.
U.S. District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

    RE:    Arts Council of Princeton v. Michael Graves & Associates
              Our File No. 01022-00355-JHO
              Civil Action No. 3:10-CV-01393-JAP-TJB
              AAA No. 18 110 J 00612 10

Dear Judge Pisano:

    This firm represents the interests of Michael Graves & Associates in the above-referenced matter. I am corresponding with the Court to clarify the scope of Michael Graves & Associates' claim for damages from Reeves and the Arts Council. Michael Graves & Associates' claim is in excess of $1.2 million. Mr. John Osorio, Esq. mistakenly presented an inaccurate assessment, which requires correction.

              Respectfully submitted,

              /s/ Raymond J. Michaud

              RAYMOND J. MICHAUD

RJM/kmd
cc:  All counsel (via electronic filing)
06/2519228.v1