UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC.<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GRAVES & ASSOC., INC.<br><br>Defendant. | Civil Action No. 10-01393 (JAP) |
| MICHAEL GRAVES & ASSOC., INC.<br><br>Third-Party Plaintiff,<br><br>v.<br><br>DAVID CHOU & ASSOCIATES, et al.<br><br>Third-Party Defendants. | **ORDER** |

This Order concerns four Motions that were terminated in an Order directing the parties to proceed to mediation.  On August 13, 2010, Third-Party Defendant Arts Council of Princeton filed a Motion to dismiss the Third-Party Complaint against them in this case [docket entry no. 32].  This Motion was terminated without prejudice and then refiled [docket entries no. 47, 74]. On October 22, 2010, Third-Party Defendant Sal Arnone filed a Motion to Dismiss [docket entry no. 71].  On November 10, 2010, Plaintiff Reeves filed a Motion to Dismiss the Counterclaim against it [docket entry no. 83].  On December 30, 2010, Graves filed a Motion to Dismiss the Counterclaim filed by Third-Party Defendant Arts Council of Princeton [docket entry no. 99].

1

In an Order dated May 26, 2011, the Court referred this case to mediation and terminated all of the above-listed pending Motions [docket entry no. 109].  The Court held a status conference in this case on February 1, 2012, and for good cause shown,

**IT IS**, on this 15th day of March, 2012,

**ORDERED** that the parties re-file any terminated Motions that they wish to be considered by the Court by April 13, 2012; and it is further

**ORDERED** that the parties re-file such Motions by filing only a Notice of Motion making reference to the docket entry of the original Motion papers.


/s/ Joel A. Pisano_____
JOEL A. PISANO
United States District Judge