## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

E. ALLEN REEVES, INC.   : CIVIL ACTION NO.
  *Plaintiff*   : 3:10-CV-01393-JAP-TJB
  v.   :
MICHAEL GRAVES & ASSOCIATES, INC.   :
  *Defendant*   :
  :
MICHAEL GRAVES & ASSOCIATES, INC.   :
  *Counterclaimant,*   :
  v.   :
E. ALLEN REEVES, INC.   :
  *Counterdefendant*   :
  :
MICHAEL GRAVES & ASSOCIATES, INC.   :
  *Third Party Plaintiff,*   :
  v.   :
DAVID CHOU & ASSOCIATES;   :
KELTER & GILLIGO CONSULTING   :
ENGINEERS;   :
FISHER MARANTZ STONE, INC.;   :
THE ARTS COUNCIL OF PRINCETON;   :
SAL ARNONE;   :
JOHN DOES 1-50,   :
  *Third Party Defendants,*   :
  :

---

## NOTICE OF MOTION TO RENEW THE MICHAEL GRAVES & ASSOCIATES, INC. OPPOSITION TO THE E. ALLEN REEVES, INC. MOTION TO DISMISS THE COUNTERCLAIM

## ORAL ARGUMENT REQUESTED
## PURSUANT TO LOCAL RULE 78.1

---

John J. Graham, Esquire
Cohen, Seglias, Pallas, Greenhall & Furman
United Plaza, 19th Floor
30 South 17th Street
Philadelphia, PA 19103
Counsel for E. Allen Reeves, Inc.
Counsel for the Arts Council of Princeton on the Counterclaim

This Notice of Motion is filed pursuant to the Court's Order of March 15, 2012 and the undersigned Counsel for Defendant/Third-Party Defendant, Michael Graves & Associates, Inc. would like to renew Michael Graves & Associates, Inc.'s Opposition Motion to Reeves Motion, Docket Entry 83  originally filed on November 10, 2010.

The Michael Graves & Associates, Inc.'s Opposition Motion was docketed as Docket Entry No. 93, on December 6, 2010.

Pursuant to Federal Rule of Civil Procedure 10(c), Michael Graves & Associates, Inc. renewed Motion to Dismiss hereby incorporates the Brief, docked 99-1; A proposed form of Order was docked 99-2; Certification 99-3; and Exhibits docked 101 to 101-6.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By:  **/s/ Raymond J. Michaud**
RAYMOND J. MICHAUD, ESQ.
Attorney for Defendant/Third Party Plaintiff
Michael Graves & Associates

DATE:  April 23, 2012