**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

PENNSYLVANIA: Bethlehem, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton, Williamsport
DELAWARE: Wilmington
OHIO: Cleveland
FLORIDA: Ft. Lauderdale, Jacksonville, Orlando, Tampa
NEW JERSEY: Cherry Hill, Roseland
NEW YORK: Long Island, New York City

**Direct Dial: 856-414-6306**
**Email: rjmichaud@mdwcg.com**

April 27, 2012

Clerk, U.S.D.J.
U.S. District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

    RE:    Arts Council of Princeton v. Michael Graves & Associates
             Our File No. 01022-00355-JHO
             Civil Action No. 3:10-CV-01393-JAP-TJB
             AAA No. 18 110 J 00612 10

Dear Clerk:

    This firm represents the interests of Michael Graves & Associates in the above-referenced matter. I am corresponding with the Court to clarify the Clerk's Quality Control Message of April 25, 2012, related to the filing of the Brief, Document # 129. The checking of the confidential material box was erroneous. Please remove the access restriction as it was in error.

    Thank you.

                                       Respectfully submitted,

                                      /s/ Raymond J. Michaud

                                      RAYMOND J. MICHAUD

RJM/kmd
cc: All counsel (via electronic filing)
06/2610211.v1