## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC.<br>   *Plaintiff*<br>  v.<br>MICHAEL GRAVES & ASSOCIATES, INC.<br>   *Defendant* | : CIVIL ACTION NO.<br>: 3:10-CV-01393-JAP-TJB<br>:<br>:<br>:<br>: |
| MICHAEL GRAVES & ASSOCIATES, INC.<br>   *Counterclaimant,*<br>  v.<br>E. ALLEN REEVES, INC.<br>   *Counterdefendant* | :<br>:<br>:<br>:<br>:<br>: |
| MICHAEL GRAVES & ASSOCIATES, INC.<br>   *Third Party Plaintiff*,<br>  v.<br>DAVID CHOU & ASSOCIATES;<br>KELTER & GILLIGO CONSULTING ENGINEERS;<br>FISHER MARANTZ STONE, INC.;<br>THE ARTS COUNCIL OF PRINCETON;<br>SAL ARNONE;<br>JOHN DOES 1-50,<br>   *Third Party Defendants,* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF MOTION TO RENEW THE MICHAEL GRAVES & ASSOCIATES, INC. REPLY BRIEF IN RESPONSE TO THE OPPOSITION OF THE ARTS COUNCIL OF PRINCETON'S OPPOSITION BRIEF TO DISMISS THE COUNTERCLAIM**

**ORAL ARGUMENT REQUESTED**
**PURSUANT TO LOCAL RULE 78.1**

---

    John J. Graham, Esquire
    Cohen, Seglias, Pallas, Greenhall & Furman
    United Plaza, 19th Floor
    30 South 17th Street
    Philadelphia, PA 19103
    Counsel for E. Allen Reeves, Inc.
    Counsel for the Arts Council of Princeton on the Counterclaim

This Notice of Motion is filed pursuant to the Court's Order of March 15, 2012 and the undersigned Counsel for Defendant/Third-Party Defendant, Michael Graves & Associates, Inc. would like to renew Michael Graves & Associates, Inc.'s Reply Brief in response to the Arts Council of Princeton's Opposition to the Michael Graves & Associates, Inc.'s Motion, Docket Entry 99 originally filed on December 30, 2010.

The Michael Graves & Associates, Inc.'s Reply Brief was docketed as Docket Entry No. 104, on January 31, 2011.

                    MARSHALL, DENNEHEY, WARNER,
                    COLEMAN & GOGGIN

                By: **/s/ Raymond J. Michaud**
                    RAYMOND J. MICHAUD, ESQ.
                    Attorney for Defendant/Third Party Plaintiff
                    Michael Graves & Associates

DATE:  April 29, 2012