LAW OFFICES OF
# DALY, LAMASTRA & CUNNINGHAM

ELIZABETH A. DALY**
JOHN E. LAMASTRA•
WILLIAM P. CUNNINGHAM
JOSEPH F. SKINNER

*Of Counsel*
MARIE SEITZ*
JONATHAN E. HILL**
JACQUELINE C. PIRONE**
CAREN LITVIN**

ATTORNEYS AT LAW
NOT A PARTNERSHIP OR PROFESSIONAL CORPORATION

202 Hall's Mill Road
P O BOX 1675
WHITEHOUSE STATION, NJ 08889-1675

(908) 572-3600
FACSIMILE: (908) 572-4045

Four Penn Center, Suite 500
1600 JFK Boulevard
PHILADELPHIA, PA 19103
*(Please reply to Whitehouse Station, NJ)*

OLIVIER J. KIRMSER**
JOHN D. GULYAS
PETER K. BARBER
MICHAEL S. SCHWARTZ
DAVID L. BURNETT
M. ELIZABETH DUFFY*
ELLEN M. BOYLE*

*New York and New Jersey Bar
**New Jersey and Pennsylvania Bars
•Certified by the Supreme Court of New Jersey as **a Civil Trial Attorney**

May 2, 2012

Honorable Joel A. Pisano, U.S.D.J.
United States District Court
Clarkson South Fisher Federal Building
& U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

   Re: **E. Allen Reeves, Inc. v. Michael Graves & Associates, et al.,
     Docket No. 3:10-cv-01393-JAP-TJB**

Dear Judge Pisano:

Our firm represents Third Party Defendants The Arts Council of Princeton and Sal Arnone in the above matter. This correspondence shall serve to confirm receipt of the court's Notice dated May 2, 2012 scheduling oral argument in connection with the pending Motions to Dismiss filed on behalf of plaintiff E. Allen Reeves, Inc., defendant Michael Graves & Associates and third party defendants The Arts Council of Princeton and Sal Arnone on May 24, 2012 at 10:00 a.m. in Courtroom 1 of the United States District Court, Trenton, New Jersey.

              Respectfully submitted,
              DALY, LAMASTRA & CUNNINGHAM

              John E. Lamastra

JEL:tyj
  cc: Wendy R. Bennett, Esq. (Via Electronic Filing)
     Raymond J. Michaud, Esq. (Via Electronic Filing)
     Michael S. Soule, Esq. (Via Electronic Filing)
     Kevin M. Bothwell, Esq. (Via Electronic Filing)