# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN
ATTORNEYS-AT-LAW · WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

**200 Lake Drive East, Suite 300 · Cherry Hill, NJ 08002**
*(856) 414-6000 · Fax (856) 414-6077 Richard L. Goldstein, Resident Managing Attorney*

PENNSYLVANIA: Bethlehem, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton, Williamsport
DELAWARE: Wilmington
OHIO: Cleveland
FLORIDA: Ft. Lauderdale, Jacksonville, Orlando, Tampa
NEW JERSEY: Cherry Hill, Roseland
NEW YORK: Long Island, New York City

**Direct Dial: 856-414-6306**
**Email: rjmichaud@mdwcg.com**

May 3, 2012

Honorable Joel A. Pisano, U.S.D.J.
U.S. District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

    RE:    Arts Council of Princeton v. Michael Graves & Associates
             Our File No. 01022-00355-JHO
             Civil Action No. 3:10-CV-01393-JAP-TJB
             AAA No. 18 110 J 00612 10

Dear Judge Pisano:

    This firm represents the interests of Michael Graves & Associates in the above-referenced matter. I am corresponding to confirm that the Court set the pending motions for oral argument on May 24, 2012 at 10:00 am and that Michael Graves & Associates' Counsel has not conflicts and will attend.

                        Respectfully submitted,

                        /s/ Raymond J. Michaud

                        RAYMOND J. MICHAUD

RJM/kmd
cc: All counsel
06/2616310.v1