LAW OFFICES
## O'CONNOR KIMBALL, LLP
SUITE 1100
TWO PENN CENTER PLAZA
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
(215) 564-0400
FAX (215) 564-1973
WEBSITE: www.oconnorkimball.com

MICHAEL S. SOULE
msoule@okllp.com

NEW JERSEY OFFICE
51 HADDONFIELD ROAD, SUITE 330
CHERRY HILL, NJ 08002
(856) 663-9292
FAX (856) 663-6566

May 7, 2012

**VIA E-FILING**

Honorable Joel A. Pisano
**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**
Clarkson S. Fisher Building & U.S. Courthouse
402 E. State Street, Room 2020
Trenton, NJ  08608

> Re:  *E. Allen Reeves, Inc., v. Michael Graves & Asssociates, Inc., et al*
> *U.S. District Court of NJ; Civil Action No. 3:10-cv-1393-JAP-TJB*
> *Our File No. 991-9147*

Dear Judge Pisano:

This firm represents Third Party Defendant, David Chou & Associates in the above-referenced matter. I write to acknowledge receipt of the Court's Notice of May 2, 2012 scheduling the pending Motions to Dismiss for oral argument on May 24, 2012 at 10:00 a.m. in Courtroom 1 at the Federal Courthouse in Trenton, New Jersey. As the pending Motions do not involve our client, we wish to advise the Court that we will not attend the oral argument.

Respectfully,

Glen D. Kimball
Michael S. Soule
For O'Connor Kimball LLP

GDK/MSS/cj

cc    All Counsel on Attached List [via e-mail attachment]

# COUNSEL LIST

John J. Graham, Jr., Esquire
**COHEN, SEGLIAS, PALLAS,**
  **GREENHALL & FURMAN, P.C.**
United Plaza, 13th Floor
30 South 17th Street
Philadelphia, PA 19103
jgraham@cohenseglias.com
*Attorney for Plaintiff, E. Allen Reeves/Counterclaimant, Arts Council of Princeton*

Raymond J. Michaud, Esquire
**MARSHALL, DENNEHEY, WARNER,**
  **COLEMAN & COGGIN**
200 Lake Drive East, Ste. 300
Cherry Hill, NJ 08002
rjmichaud@mdwcg.com
*Attorney for Defendant/Third Party Plaintiff, Michael Graves & Associates*

John E. Lamastra, Esquire
**DALY, LAMASTRA & CUNNINGHAM**
202 Hall's Mill Road
P.O. Box 1675
Whitehouse Station, NJ 08889-1675
jlamastra@dlclawfirm.com
*Attorney for Third Party Defendant, The Arts Council of Princeton*

Joanna P. Piorek, Esquire
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
33 Washington Street
Newark, NJ 07102
kozorizj@wemed.com
*Attorney for Third Party Defendant, Fisher Marantz Stone, Inc.*

Kevin M. Bothwell, Esquire
**THOMPSON BECKER & BOTHWELL LLC**
10 Melrose Avenue
Cherry Hill, NJ 08003
kbothwell@tbblawfirm.com
*Attorney for Third Party Defendant, Kelter & Gilligo Consulting Engineers*