# OMPSON BECKER & BOTHWELL, L.L.C.

Attorneys at Law
Ten Melrose Avenue, Woodcrest Pavilion, Suite 210
Cherry Hill, New Jersey 08003
Phone:  856/616-8886
Fax:    856/616-9118

John M. Becker                                              Joseph T. Ciampoli
jbecker@tbblawfirm.com                                      jciampoli@tbblawfirm.com

Kevin M. Bothwell                                           Deborah A. Plaia
kbothwell@tbblawfirm.com                                    dplaia@tbblawfirm.com

Kevin P. McCarty                                            Robert D. Thompson
kmccarty@tbblawfirm.com                                            (1943-2006)

John H. King
jking@tbblawfirm.com

May 3, 2012

The Honorable Joel A. Pisano, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

    Re:   Reeves v. Kelter & Gilligo Consulting Engineers
           Docket No. 3:10-CV-01393-JAP-TJB
           Claim No. F0821045
           Our File No. 7500-61

Dear Judge Pisano:

    In the referenced matter I represent third-party defendant Kelter & Gilligo Consulting Engineers.  I am writing to confirm that I will attend oral argument on various motions, scheduled for May 24, 2012 at 10:00 a.m.

                           Respectfully submitted,

                           */s/ Kevin M. Bothwell*

                           Kevin M. Bothwell

KMB/dlr

via e-mail
cc:  Wendy R. Bennett, Esq.
     Raymond J. Michaud, Esq.
     John H. Osorio, Esq.
     Joanna Piorek, Esq.
     Helmut Beron, Esq.
     Glen D. Kimball, Esq.
     John E. Lamastra, Esq.