

# COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC

RECEIVED
MAY 11 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Wendy R. Bennett
Attorney At Law

United Plaza, 19th Floor
30 South 17th Street
Philadelphia, PA 19103

T: 215.564.1700 | F 267.238.4437
wbennett@cohenseglias.com
www.cohenseglias.com

May 10, 2012

**VIA Email & USPS First-class Mail**
Raymond J. Michaud, Esquire
MARSHALL DENNEHEY WARNER COLEMAN
 & GOGGIN
200 Lake Drive East
Suite 300
Cherry Hill, NJ 08002

**VIA Email & USPS First-class Mail**
John E. Lamastra, Esquire
DALY, LAMASTRA & CUNNINGHAM
3 Mountain View Road
P.O. Box 1622
Warren, NJ 07061

**VIA Email & USPS First-class Mail**
Kevin M. Bothwell, Esquire
THOMPSON, BECKER & BOTHWELL, LLC
Woodcrest Pavilion, Suite 210
10 Melrose Avenue
Cherry Hill, NJ 08003

**VIA Email & USPS First-class Mail**
Michael S. Soule, Esquire
O'CONNOR KIMBALL, LLP
51 Haddonfield Road
Suite 330
Cherry Hill, NJ 08002-4805

Re: E. Allen Reeves, Inc. v. Michael Graves & Associates, Inc.
USDC of New Jersey; Civil Action No.: 3:10-cv-01393
Our File No: 02618-0006

Dear Counsel:

I write to confirm the scheduling of a telephone Status Conference with the Honorable Judge Bongiovanni scheduled for August 21, 2012 at 10:30am. This office will organize and provide the call-in information for the Status Conference call with Judge Bongiovanni closer to the time of the scheduled conference.

Should you have any questions or comments with respect to the foregoing, please do not hesitate to contact me.

Very truly yours,

WENDY R. BENNETT

So Ordered this 10th day of May, 2012

cc: Honorable Tonianne J. Bongiovanni (via facsimile – 609-989-0435)

kwiktag®  112 535 565

Philadelphia | Pittsburgh | Wilmington | Harrisburg
Maryland | New Jersey | West Virginia