

**COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC**

Wendy R. Bennett
Attorney At Law

United Plaza, 19th Floor
30 South 17th Street
Philadelphia, PA 19103

T: 215.564.1700 | F: 267.238.4437
wbennett@cohenseglias.com
www.cohenseglias.com

May 17, 2012

**VIA E-file**

The Honorable Joel A. Pisano
United States District Court
  for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ  08608

Re:   **E. Allen Reeves, Inc. v. Michael Graves & Associates, Inc.**
      **USDC of New Jersey; Civil Action No.:  3:10-cv-01393**

Dear Judge Pisano:

This firm is counsel to E. Allen Reeves, Inc. ("Reeves") in the above-captioned case. I write to acknowledge our receipt of the Court's Notice of May 17, 2012 informing the parties that a hearing of all of the outstanding Motion to Dismiss has been rescheduled and will be convened on June 14, 2012 at 10:00am in Courtroom 1 at the Federal Courthouse in Trenton, New Jersey. I also write to confirm our attendance at the hearing.

Thank you for your time and consideration of this matter.

Respectfully submitted,

**WENDY R. BENNETT**

cc:    Raymond J. Michaud, Esquire (via email – RJMichaud@MDWCG.com)
       John H. Osorio (via email – JHOsorio@ MDWCG.com)
       John E. Lamastra, Esquire (via email – jlamastra@dlclawfirm.com)
       Glen D. Kimball, Esquire (via email - GKimball@okllp.com)
       Michael S. Soule, Esquire (via email – MSoule@okllp.com)
       Kevin M. Bothwell, Esquire (via email – kbothwell@tbblawfirm.com)