**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

DELAWARE
Wilmington

OHIO
Cleveland

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

NEW JERSEY
Cherry Hill
Roseland

NEW YORK
Long Island
New York City

200 Lake Drive East, Suite 300 · Cherry Hill, NJ 08002
*(856) 414-6000 · Fax (856) 414-6077 Richard L. Goldstein, Resident Managing Attorney*

Direct Dial: 856-414-6306
Email: rjmichaud@mdwcg.com

May 18, 2012

<u>*VIA ELECTRONIC FILING*</u>

Honorable Joel A. Pisano, U.S.D.J.
U.S. District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

    RE:    Arts Council of Princeton v. Michael Graves & Associates
             Our File No. 01022-00355-JHO
             Civil Action No. 3:10-CV-01393-JAP-TJB
             AAA No. 18 110 J 00612 10

Dear Judge Pisano:

    This firm represents the interests of Michael Graves & Associates in the above-referenced matter. I am corresponding to confirm that the Court set the pending motions for oral argument on June 14, 2012 at 10:00 am and that Michael Graves & Associates' Counsel has not conflicts and will attend.

                              Respectfully submitted,

                              /s/ Raymond J. Michaud

                              RAYMOND J. MICHAUD

RJM/kmd
cc: All counsel

06/2633238.v1