```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

                                        DATE: 06/26/2012

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: JOANNE CARUSO

                                        CIVIL CASE #: 10-1393(JAP)
TITLE OF CASE:
E. Allen Reeves, Inc.
vs.
Michael Graves & Associates, Inc., et al.,

APPEARANCES:
Raymond Michaud, Esquire for Michael Graves
Kevin Bothwell, Esquire for Kelter & Gilligo Consulting
Jason A. Copley, Esquire for E. Allen Reeves, Inc.
John F. Lamastra, Esquire for The Arts Council of Princeton & Sal Arnone

NATURE OF PROCEEDINGS:
Hearing on motion to dismiss [#125] by E. Allen Reeves, Inc.
Hearing on motion to dismiss [#126] by Sal Arnone & The Arts Council of Princeton.
Hearing on motion to dismiss [#127] by Sal Arnone & The Arts Council of Princeton.
Hearing on motion to dismiss [#128] by Michael Graves & Associates, Inc.

Ordered motions Granted in Part, Denied in Part, and Withdrawn in Part; order to follow.

TIME COMMENCED: 11:15 a.m.
TIME ADJOURNED: 12:00 p.m.
TOTAL TIME: 45 minutes

                                        s/Dana Sledge
                                        Courtroom Deputy