UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC. : | |
| Plaintiff, : | |
| v. : | |
| : | Civil Action No. 10-01393 (JAP) |
| MICHAEL GRAVES & ASSOC., INC. : | |
| Defendant. : | |
| : | |
| MICHAEL GRAVES & ASSOC., INC. : | **ORDER** |
| Third-Party Plaintiff, : | |
| v. : | |
| DAVID CHOU & ASSOCIATES, et al. : | |
| Third-Party Defendants. : | |

Currently before the Court are four Motions to Dismiss filed in the above-captioned matter. These Motions were originally terminated in an Order directing the parties to proceed to mediation [docket entry no. 109]. The Court held a status conference in this case on February 1, 2012, and on March 15, 2012, ordered that the parties re-file any terminated motions they wished to be considered by the Court [docket entry no. 124]. Accordingly, Reeves filed a Motion to Dismiss Graves' counterclaim [docket entry no. 125], the Arts Council of Princeton filed a Motion to Dismiss Counts I and II of the Third-Party Complaint [docket entry no. 126], Sal Arnone filed a Motion to Dismiss the Third Party Complaint against him [docket entry no. 127], and Graves filed a Motion to Dismiss the Arts Council's Counterclaim [docket entry no. 128].

1

The Court heard argument on these Motions on June 26, 2012, and for the following reasons and for those stated on the record,

**IT IS**, on this 26th day of June, 2012

**ORDERED** that due to Graves' failure to allege any duty sounding in tort owed by Reeves, the Reeves Motion to Dismiss the counterclaim [docket entry no. 125] is granted; and it is further

**ORDERED** that due to the application of the economic loss doctrine to the contractual dispute underlying the Third-Party Complaint, the Arts Council of Princeton's Motion to Dismiss Counts I and II [docket entry no. 126] is granted; and it is further

**ORDERED** that, as Sal Arnone has withdrawn his Motion to Dismiss the Third-Party Complaint [docket entry no. 127], the clerk shall terminate this Motion; and it is further

**ORDERED** that Graves' Motion to Dismiss the Arts Council's Counterclaim [docket entry no. 128] for failure to file an affidavit of merit is denied.

_____
JOEL A. PISANO
United States District Judge