**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

**(609) 989-2040**

| | |
|---|---|
| **CHAMBERS OF**<br>**TONIANNE J. BONGIOVANNI**<br>**UNITED STATES MAGISTRATE JUDGE** | **U.S. COURTHOUSE**<br>402 E. STATE STREET, RM 6052<br>TRENTON, NJ 08608 |

December 20, 2013

## LETTER ORDER

Re:   **E. Allen Reeves, Inc. v. Michael Graves & Associates, Inc.**
      **Civil Action No. 10-1393 (MAS)**

Dear Counsel:

This letter order shall serve as notice that the telephone conference scheduled for today, December 20th, has been adjourned until **December 27, 2013 at 10:30 a.m.**  Plaintiff shall initiate the call. Participation by counsel for clients not directly involved in the relevant dispute is not mandatory.

      **IT IS SO ORDERED.**

                    s/ Tonianne J. Bongiovanni
                    **TONIANNE J. BONGIOVANNI**
                    **United States Magistrate Judge**