**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

January 8, 2014

## LETTER ORDER

Re:     <u>E. Allen Reeves, Inc. v. Michael Graves & Associates, Inc.</u>
        Civil Action No. 10-1393 (MAS)

Dear Counsel:

This letter order shall serve as notice that the Court will conduct a telephone conference call in the above-captioned matter on **January 10, 2014 at 3:00 p.m.**  Plaintiff's counsel is directed to initiate the call.

    **IT IS SO ORDERED.**

                                                          s/ Tonianne J. Bongiovanni
                                                      **TONIANNE J. BONGIOVANNI**
                                                      **United States Magistrate Judge**