**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**TRENTON**                                                                **March 21, 2014**
**OFFICE**                                                                 **DATE OF PROCEEDINGS**

**JUDGE: TONIANNE BONGIOVANNI**
DIGITALLY RECORDED


**TITLE OF CASE**:                                              CV-10-1393 (MAS)

E. ALLEN REEVES, INC., et al.,
    V.
MICHAEL GRAVES & ASSOCIATES, INC., et al.,

**APPEARANCES:**

Jason A. Copley, Esq., & Matthew A. Gioffre, Esq., for plaintiff
Raymond J. Michaud, Esq., for defendant Graves
Michael S. Soule, Esq., for defendant Chou
Kevin M. Bothwell, Esq., for defendant Kelter

**NATURE OF PROCEEDING:**

Telephone conference held regarding discovery issue relating to Reeves' production of documents in connection with its expert's report; further briefing to be submitted.


**TIME COMMENCED:**     10:30am                          **s/ Mark Morelli**
**TIME ADJOURNED:**     10:50am                          **Deputy Clerk**
**TOTAL TIME: 20 MINUTES**