UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

E. ALLEN REEVES, INC., *et al.*,

        Plaintiffs,

        v.

MICHAEL GRAVES & ASSOCIATES, INC., *et al.*,

        Defendants.

Civil Action No. 10-1393 (MAS) (TJB)

**ORDER**

This matter having come before the Court for a telephone status conference on August 4, 2014, and the Court having considered the current case status, and for good cause shown,

IT IS on this 13th day of August, 2014, **ORDERED THAT**:

1. This matter is scheduled for a settlement conference on **August 20, 2014** at **11:30 a.m.** at 402 East State Street, Trenton, New Jersey, Courtroom 7W. Trial counsel and clients with full settlement authority are required to attend the settlement conference in person. By **August 18, 2014**, each party must submit an *ex parte*, confidential settlement position letter via facsimile to (609) 989-0463. (The parties shall not electronically file the confidential settlement position letters.)

2. If the case fails to settle, the Court will hear oral argument on the pending summary judgment motions (ECF Nos. 180, 181 & 183) on **August 20, 2014**.

3. Plaintiffs' request to file a responsive pleading "solely to address the issues raised by Graves in its Opposition that were unrelated to the arguments set forth in the

original Chou and K&G Motions for Summary Judgment" (ECF No. 189) is granted. Plaintiffs may file a responsive pleading by **August 18, 2014**.

4. Plaintiffs' request to strike the over-length reply brief (ECF No 193) is denied.

                                                  <u>s/ Michael A. Shipp</u>
                                                  **MICHAEL A. SHIPP**
                                                  **UNITED STATES DISTRICT JUDGE**