UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 10-1393 (MAS) (TJB) |
| MICHAEL GRAVES & ASSOCIATES, INC., | : ORDER |
| Defendants. | : |

**IT IS**, on this 20th day of August, 2014, **ORDERED** that:

1) Per the request of counsel, the present summary judgment motions are administratively terminated in order to afford the parties the opportunity to continue settlement negotiations.

2) Counsel must e-file a joint case status letter by **September 3, 2014**. If the case does not settle, the joint correspondence must indicate which summary judgment motions counsel wish to reinstate, if any. If necessary, the Court will hear oral argument on **September 4, 2014 at 1:00 P.M.** at 402 East State Street, Trenton, New Jersey, Courtroom 7W.

3) Counsel shall submit a joint proposed final pretrial order by **September 26, 2014**.

4) The Court shall conduct a final pretrial conference on **October 3, 2014 at 1:00 P.M.** at 402 East State Street, Trenton, New Jersey, Courtroom 7W.

5) All motions *in limine* shall be filed by **October 10, 2014**; opposition briefs shall be filed by **October 17, 2014**; no reply briefs shall be permitted.

6) Oral argument on the motions *in limine* is scheduled for **October 24, 2014 at 1:00 P.M.**

7) The parties must submit joint proposed *voir dire* questions, a joint one paragraph neutral statement of the case, joint proposed jury charges, bench books, and trial briefs by **November 6, 2014**.

8) The Court will conduct a pretrial telephone conference on **November 12, 2014 at 11:00 A.M.** Counsel for Plaintiff shall initiate the call to (609) 989-2009.

9) This matter is scheduled for trial on **November 13, 2014** at 402 East State Street, Trenton, New Jersey, Courtroom 7W. The Court will conduct a pretrial conference at **9:00 A.M.** Jury selection will commence at **10:00 A.M.**

*/s/ Michael A. Shipp*
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**