UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY
<u>Minutes of Proceeding</u>

**OFFICE**: TRENTON

**JUDGE**: MICHAEL A. SHIPP                    **Date: September 4, 2014**

**Court Reporter: CATHY FORD**


TITLE OF CASE:                              CIVIL NO. **10-1393**
**E. ALLEN REEVES, INC.**


v.


**MICHAEL GRAVES & ASSOCIATES, INC.**


**APPEARANCES:**
Jason A. Copley, Esq. for Plaintiff
Raymond J. Michaud, III, Esq. for Defendant


NATURE OF PROCEEDINGS: **Motion Hearing**
Hearing  on  Motion  for  Summary  Judgment  (#181)  by  Defendant
Michael Graves & Associates, Inc.
Decision on Motion read into the record.
Ordered Motion Denied. Order to be entered.



TIME COMMENCED: 1:30PM                    <u>s/Nativelis Rodriguez</u>
TIME ADJOURNED: 2:15PM                        **Deputy Clerk**
TOTAL TIME: 45M MIN