UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC., <br><br>  Plaintiff, <br><br> v. <br><br> MICHAEL GRAVES & ASSOCIATES, INC., <br><br> Defendant. | Civil Action No. 10-1393 (MAS) (TJB) <br><br> **ORDER** |

**THIS MATTER** having come before the Court on September 4, 2014 for an in-person status conference and oral argument on Defendant's summary judgment motion, and the Court having considered Defendant's request during the in-person status conference for an adjournment of the trial date and having heard oral argument on the summary judgment motion and having placed its decision on the record,

IT IS, on this 5th day of September, 2014, **ORDERED** that:

1) Defendant's motion for summary judgment (ECF No. 181) is denied.

2) The due date for the joint proposed final pretrial order has been extended. Counsel shall electronically file their joint proposed final pretrial order by **September 29, 2014** at **4:30 PM.**

3) This matter is scheduled for a telephone conference on **September 30, 2014** at **11:00 AM.** Counsel for Defendant shall initiate the call to (609) 989-2009.

4) Defendant's request for an adjournment of the November 13, 2014 trial date is denied. **The November 13, 2014 trial date is peremptory.**

5) All other dates set forth in the Court's August 20, 2014 order remain in full force and effect.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**