# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS-AT-LAW    WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION
200 Lake Drive East, Suite 300 · Cherry Hill, NJ 08002
(856) 414-6000 · Fax (856) 414-6077
*Richard L. Goldstein, Resident Managing Attorney*

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Cincinnati
Cleveland

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

NEW YORK
Long Island
New York City

Direct Dial: 856-414-6306
Email: rjmichaud@mdwcg.com

September 25, 2014

> Counsel are granted an extension until 10/2/14 at 12:00 noon to file pretrial order.
>
> Final pretrial conference will take place on 10/3/14 at 1:00 p.m., as set forth in the Court's 8/20/14 order.
>
> So Ordered this 26th day of September, 2014
>
> /s/ M.A. Shipp

Via Fax (609-989-0463) and NJLS
Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

RE: Arts Council of Princeton v. Michael Graves & Associates
    Our File No. 01022-00355-JHO
    Civil Action No. 3:10-CV-01393-JAP-TJB
    AAA No. 18 110 J 00612 13

Dear Judge Shipp:

This firm represents the interests of Michael Graves & Associates, Inc. ("MGA") in the above referenced matter. I am corresponding with the Court today to provide a joint request, on behalf of all the parties, for a brief extension on the submission date of the Joint Pretrial Order.

The Joint Pretrial Order is currently due on September 29, 2014. The parties would like to request an extension to serve the Pretrial Order on October 2, 2014. As the Court is aware, this is a sophisticated construction matter. The parties have exchanged proposed drafts. Due to the complex nature of the issues and the volume of information required in the Pretrial Order, additional time is required to adequately perfect the proposed Pretrial Order. This extension will allow the parties sufficient time to compete the Pretrial Order, which will best serve the interest of the Court and the Parties.

We would also like to request an adjournment to the September 30, 2014 conference call with the Court. The purpose of this call was to discuss the contents of the Pretrial Order. The parties are available for an alternative date at the Court earliest opportunity. The above extension will

Honorable Michael A. Shipp, U.S.D.J.
September 25, 2014
Page 2

---

    Thank you for your consideration.

                        Respectfully submitted,

                        S/Raymond J. Michaud

                        RAYMOND J. MICHAUD

cc:
    Matthew Gioffre, Esquire (via fax)
    Wendy R. Bennett, Esquire (via fax)
    Jason Copley, Esquire (via fax)

06/3818413.v1