

Jason A. Copley
Managing Partner

United Plaza, 19th Floor
30 South 17th Street
Philadelphia, PA 19103

T: 215.564.1700 | F: 267.238.4407
jcopley@cohenseglias.com
www.cohenseglias.com

September 26, 2014

**VIA ELECTRONIC FILING**
The Honorable Michael A. Shipp
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ  08608

Re:   E. Allen Reeves, Inc. v. Michael Graves & Associates, Inc.
        USDC of New Jersey; Civil Action No.:  3:10-cv-01393

Dear Judge Shipp:

This firm is counsel to plaintiff, E. Allen Reeves, Inc. ("Reeves"), and to The Arts Council of Princeton ("ACP") in its affirmative claims in the above-captioned case.  We received counsel for Michael Graves & Associates, Inc.'s September 25, 2014 letter requesting a short extension for the submission of the Joint Pretrial Order and, as indicated by Mr. Michaud, we consent to that request.  Additionally, when we last met with Your Honor on September 4, 2014, I requested that the final Pretrial Conference be rescheduled due to Yom Kippur beginning on October 3, 2014.  It was my impression that the Court had agreed to reschedule that Pretrial Conference.  If the Pretrial Conference can be rescheduled to the week of October 6th, that would provide some time between an extended pretrial submission and submission of the Joint Pretrial Order.  Counsel for Michael Graves & Associates, Inc. consents to this request.

Finally, at the September 4th hearing, I indicated that the hearing date for Motions in Limine – October 24, 2014 – conflicted with a previously scheduled trial.  However, that trial was continued to January, so I no longer have a conflict with that date.

Thank you for Your Honor's consideration of my request for re-scheduling the Final Pretrial Conference.

Respectfully submitted,

/s/ Jason A. Copley

JASON A. COPLEY

cc:   Raymond J. Michaud, Esq. (via e-filing)

Pennsylvania  |  New Jersey  |  New York  |  Delaware  |  Maryland  |  West Virginia