John E. Lamastra, Esq. - NJ ID No. 017281991
DALY, LAMASTRA & CUNNINGHAM
202 Hall's Mill Road
PO Box 1675
Whitehouse Station, NJ 08889-1675
(908) 572-3600
Attorneys for Third Party Defendants
    The Arts Council of Princeton and Sal Arnone

| | |
|---|---|
| E. ALLEN REEVES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL GRAVES & ASSOCIATES, <br><br> Defendant. <br><br> And <br><br> MICHAEL GRAVES & ASSOCIATES, INC., <br><br> Counterclaimant, <br><br> v. <br><br> E. ALLEN REEVES, INC. <br><br> Counterdefendant <br><br> And <br><br> MICHAEL GRAVES & ASSOCIATES, <br><br> Third Party Plaintiff, <br><br> v. | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY - TRENTON <br> DOCKET NO. 3:10-cv-01393-MAS-TJB <br><br> CIVIL ACTION <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

DAVID CHOU & ASSOCIATES, KELTER & GILLIGO CONSULTING ENGINEERS; FISHER MARANTZ STONE, INC.; THE ARTS COUNCIL OF PRINCETON; SAL ARNONE; JOHN DOES 1-50,

Third Party Defendants.

The matter in difference in the above-entitled action having been adjusted by and between the parties, it is hereby stipulated and agreed that the third party complaint filed by Michael Graves & Associates against The Arts Council of Princeton and Sal Arnone is hereby dismissed with prejudice and without costs. <u>This stipulation is limited to the aforementioned third party claim and does not apply to other remaining claims in the matter.</u>

| | |
|---|---|
| DALY, LAMASTRA & CUNNINGHAM<br>Attorneys for Third Party Defendants The Arts Council of Princeton and Sal Arnone | Marshall Dennehey Warner Coleman & Goggin<br>Attorney for Plaintiff |
| By: _____<br>John E. Lamastra | By: _____<br>Raymond J. Michaud, Esq. |

Dated: