UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC., *et al.*, | : |
| Plaintiffs, | : |
| | : Civil Action No. 10-1393 (MAS) (TJB) |
| v. | : |
| MICHAEL GRAVES & ASSOCIATES, INC., *et al.*, | : **ORDER** |
| Defendants. | : |

This matter having come before the Court for a telephone status conference on October 10, 2014, and the Court having considered the current case status, and for good cause shown,

**IT IS** on this 10th day of October, 2014, **ORDERED THAT**:

1. This matter is scheduled for trial on **January 20, 2015** at 402 East State Street, Trenton, New Jersey, Courtroom 7W. The Court will conduct a pretrial conference at **9:00 A.M.** Jury selection will commence at **10:00 A.M.**

2. Counsel for Defendant Michael Graves & Associates, Inc. will supplement the witness summary statement contained in the Final Pretrial Order by **October 24, 2014**.

_s/ Michael A. Shipp_
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**
