## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. ALLEN REEVES, INC. | : CIVIL ACTION NO. |
| Plaintiff | : 3:10-CV-01393-MAS-TJB |
| v. | : |
| MICHAEL GRAVES & ASSOCIATES, INC. | : |
| Defendant | : |
| MICHAEL GRAVES & ASSOCIATES, INC. | : |
| Counterclaimant, | : |
| E. ALLEN REEVES, INC. | : |
| Counterdefendant | : |
| MICHAEL GRAVES & ASSOCIATES, INC. | : |
| Third Party Plaintiff, | : |
| DAVID CHOU & ASSOCIATES;<br>KELTER & GILLIGO CONSULTING ENGINEERS;<br>FISHER MARANTZ STONE, INC.;<br>THE ARTS COUNCIL OF PRINCETON;<br>SAL ARNONE;<br>JOHN DOES 1-50, | : |
| Third Party Defendants, | : |

**ORDER**

**THIS MATTER** having been brought before the Court upon the application of Raymond J. Michaud, Esquire, attorney for Defendant/Third Party Plaintiff, Michael Graves & Associates, Inc., for an Order granting its Motions In Limine in its favor, and the Court having received and reviewed the moving papers and any opposition submitted thereto, and for good cause having been shown,

**IT IS** on this _____ day of _____, 2014

**ORDERED** that:

Michael Graves & Associates, Inc.'s motion in limine seeking to bar any Plaintiff's expert Frank Gatlin from testifying as to any alleged damages claims by E. Allen Reeves is hereby granted;

**IT IS FURTHER ORDERED** that:

Michael Graves & Associates, Inc.'s motion in limine seeking to bar plaintiff's claim for <u>Eichleay</u> Damages is hereby granted;

**IT IS FURTHER ORDERED** that:

Michael Graves & Associates, Inc.'s motion in limine seeking to bar expert testimony of Kevin Foley and Alan Haibach on behalf of plaintiff and to bar testimony of Mark Germond and Jeff Nathanson on behalf of Arts Council of Princeton as to damages is hereby granted;

**IT IS FURTHER ORDERED** that:

Michael Graves & Associates, Inc.'s motion in limine seeking to bar documents served by Reeves and ACP on December 23, 2013 is hereby granted;

**IT IS FURTHER ORDERED that:**

Michael Graves & Associates, Inc.'s motion in limine seeking to bar the ACP lost profits claim of ACP is hereby granted;

**IT IS FURTHER ORDERED** that:

Michael Graves & Associates, Inc.'s motion in limine seeking to bar the ACP claim for PSE&G and water utility charges is hereby granted;

**IT IS FURTHER ORDERED** that:

Michael Graves & Associates, Inc.'s motion in limine seeking to bar the Reeves claim for labor cost escalation is hereby granted;

**IT IS FURTHER ORDERED** that:

Michael Graves & Associates, Inc.'s motion in limine seeking to address to renew the motion to dismiss the delay damage claims of Reeves and ACP that are derivative of the opinions of their expert Navigant as Navigant has not provided any expert opinions to support that the engineering portion of the integrated a/e contracted documents breached the professional standard of care is hereby granted;

_____
U.S.J

DATED: _____