

Wendy R. Bennett
Attorney At Law

United Plaza, 19th Floor
30 South 17th Street
Philadelphia, PA 19103

T: 215.564.1700 I F: 267.238.4437
wbennett@coherseglias.com
www.coherseglias.com

October 17, 2014

**VIA E-FILING AND FAX (609) 989-0463:**
Honorable Michael A. Shipp, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> *Re:*   *E. Allen Reeves, Inc. v. Michael Graves & Associates et. al.*
> *District Court of New Jersey; Civil Action No. 3:10-CV-01393-JAP-TJB*

Dear Judge Shipp:

    This firm is counsel to E. Allen Reeves, Inc. ("Reeves") and to The Arts Council of Princeton ("ACP") in its affirmative claims in the above-captioned case. I write as a follow up to my conversation with your chambers earlier this afternoon.

    On October 10, 2014, defendant, Michael Graves & Associates, Inc. ("Graves") filed its Motion *in Limine* which was, in effect, eight (8) motions *in limine* combined into one brief. Accordingly, we have fashioned our Opposition Brief in the same format as employed by Graves. Our Opposition Brief on behalf of Reeves and ACP is due today, October 17, 2014. In light of the fact that we are, for all intents and purposes, responding to eight (8) motions in this one brief, we have determined that we will not be able to fully respond to all eight (8) motions in the forty (40) pages allotted pursuant to Local Civ. R. Proc. 7.2(d). Accordingly, we respectfully request this Court grant leave for us to file an over-length brief that will be over-length by between ten (10) to fifteen (15) pages (or 50 – 55 pages total at non-proportional 12-point or proportional 14-point font).

So Ordered this ___17th___ day
of ___October___, 20 _14_
_____

Respectfully submitted,

WENDY R. BENNETT

cc:    Raymond J. Michaud, Esquire (via email – RJMichaud@MDWCG.com)
      John H. Osorio (via email – JHOsorio@ MDWCG.com)
      All counsel (via e-filing)

Pennsylvania I New Jersey I New York I Delaware I Maryland I West Virginia