UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

E. ALLEN REEVES, INC.,

   Plaintiff,

v.

MICHAEL GRAVES & ASSOCIATES, INC.,

   Defendant.

Civil Action No. 10-1393 (MAS) (TJB)

ORDER

IT IS on this 12th day of December, 2014, **ORDERED THAT**:

1. This matter is scheduled for final pretrial conference on **December 5, 2014, at 10:00 a.m.**

2. Per the Court's previous Order (ECF No. 222), this matter is currently scheduled for trial on **January 20, 2015.** The Court will conduct a pretrial conference at **9:00 a.m.** Jury selection will commence at **10:00 a.m.**

3. By **January 6, 2015**, counsel must advise the Court whether or not they require the use of any of the Court's audio, visual, or other equipment, or whether they intend to bring their own audio, visual, or other equipment.

4. By **January 13, 2015**, counsel must submit:

   a. **Joint proposed *voir dire* questions.** (Counsel may not submit separate proposed documents. To the extent counsel do not agree on any proposed form of question, the proposed question must be provided followed by each party's position regarding the question. Any legal objection to a proposed question must be supported by citation to relevant authority.) Counsel shall submit a

hard copy of the proposed questions to Chambers and shall submit an electronic version of the questions in Word format to Chambers_of_Judge_Michael_Shipp@njd.uscourts.gov.

b. **A one paragraph statement summarizing the case.** (Counsel must agree on the one-paragraph summary to be read to the jury at the beginning of the trial.)

c. **Bench books.** (Counsel shall submit two (2) copies of a separate exhibit list and (2) bench books of trial exhibits.)

d. **Joint proposed jury charges.** (Counsel may not submit separate proposed documents. To the extent that counsel do not agree on any proposed jury charge, the proposed charge must be provide followed by each party's position regarding the charge. Any legal objection to a proposed charge must be supported by citation to relevant authority.) Counsel shall submit a hard copy of the proposed jury charges to Chambers and shall submit an electronic version of the proposed jury charges in Word format to Chambers_of_Judge_Michael_Shipp@njd.uscourts.gov.

e. **Updated Exhibit List.** (Except for the exhibits that are solely for impeachment purposes, only the exhibits included on the exhibit list may be introduced at trial. Any objection to an exhibit, and the reason for said objection, must be set forth or it shall be deemed waived. All parties agree that it will not be necessary to bring in the custodian of any exhibit as to which no objection is made.)

5. By **January 15, 2014,** counsel must submit a proposed trial schedule that includes:

   a. The witnesses scheduled to testify on each day of trial.

        b. The anticipated length of testimony for each witness.[1]

6. The Court will conduct a pretrial telephone conference on **January 16, 2014, at 10:00 a.m.** Counsel for Plaintiff shall initiate the call to (609) 989-2009.

                                                    s/ Michael A. Shipp
                                                    **MICHAEL A. SHIPP**
                                                    **UNITED STATES DISTRICT JUDGE**

---

[1] The Court understands that the submitted proposed schedule is subject to change. However, the parties should generally be prepared to call their witnesses in the order set forth in the proposed schedule and in a timely, efficient manner in order to avoid breaks in the trial.